**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 15-07088 (BKT)** |
| **AMERICAN AGENCIES CO., INC.** | |
| **Debtor in Possession** | **CHAPTER 11** |
| **IN RE:** | **CASE NO.: 15-07090 (BKT)** |
| **NEW STEEL, INC.** | |
| **Debtor in Possession** | **CHAPTER 11** |

**DEBTORS' REPORT OF PAYMENTS AND REQUEST FOR FINAL DECREE**

**TO THE HONORABLE COURT:**

**COMES NOW,** *American Agencies Co., Inc. and New Steel, Inc.,* (hereinafter the "Debtors"), through the undersigned attorney, and very respectfully **STATE** and **PRAY:**

1. Debtors' Consolidated Plan of Reorganization filed on September 15, 2015, with its Supplement filed on March 7, 2016, together with the Joint Motion to Clarify Treatment filed on May 9, 2016, were confirmed by this Honorable Court on May 18, 2016. (Docket Nos. 110, 125, 185 and 196).

2. As of this date, the Debtors have made the payment to allowed administrative expenses required to be made on the Effective Date. The Debtors have also begun to make payments under the Confirmed Plan to all other creditors.

3. All approved and agreed upon professional fees as of confirmation date and other administrative claims under Class 1 of the Confirmed Plan were paid. **Exhibit A.** Any fees to the U.S. Trustee, not paid to date, will be paid as soon as the amount owed is notified.

4. Attached as **Exhibit B,** is a list of the payments made under the Confirmed Plan with copy of the checks.

5. The Confirmed Plan provides for payment of a 25% dividend to all unsecured classes within three (3) years of the Effective Date. **Exhibit C** includes the payments to be made under the Confirmed Plan. In this case **Exhibit D** does not apply.

6. As of this date, the Debtors have paid the classes under the Plan, as follows:

   a. Class 1: Administrative Expenses                      $161,787.51

   b. Class 2: Secured Claim-BPPR                           $85,185.57

   c. Class 3: Assumed Leases/Executory Contracts[1]        $0

   d. Class 4: Priority Claims                              $27,269.28

   e. Class 5: General Unsecured-Governmental Claims[2]     $0

   f. Class 6: General Unsecured Claims                     $1,039.00

   g. Class 9: Debts to Shareholders-Preferred Classes A & B[3]   $0

7. In compliance with Local Bankruptcy Rule 3022-1(d), the Debtors submit a complete Bankruptcy Closing Report. (See **Exhibit 1).**

8. There are no adversary proceedings or contested matters pending resolution.

9. The Debtors understand that the plan has been substantially consummated and the entry of the final decree order is proper at this time.

   **WHEREFORE,** pursuant to the above-stated, the Debtors very respectfully request that this Honorable Court takes notice of Debtors' report of payments under the Plan and that it enters an Order in which Debtors' request for Final Decree is granted.

---

[1] Debtors do not have to make payments at this time. Payments begin in Year 2.
[2] Debtors do not have to make payments at this time. Payments begin in Year 2.
[3] Debtors do not have to make payments at this time. Payments begin in Year 3.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 27th day of October, 2016.

## NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

Within twenty one (21) days after service is evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties therein listed, including the US Trustee. I further certify that a copy of this Report of Payments under the Plan and Request for Final Decree was served to all creditors and parties in interest as per the master address list.

C. CONDE & ASSOC.
*/s/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC 207312
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901-1523
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: condecarmen@condelaw.com

Label Matrix for local noticing
0104-3
Case 15-07088-BKT11
District of Puerto Rico
Old San Juan
Tue Oct 18 15:33:06 AST 2016

AMERICAN AGENCIES CO INC
PO BOX 9021216
SAN JUAN, PR 00902-1216

ANGEL A. RODRIGUEZ
CARDONA JIMENEZ LAW OFFICE, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

BANCO POPULAR PR - SPECIAL LOANS
PO BOX 362708
SAN JUAN, PR 00936-2708

Banco Popular de Puerto Rico c/o O'Neil
250 Muoz Rivera Avenue
Suite 800
San Juan, PR 00918-1813

CARIBE TECNO SE
PO BOX 36009
SAN JUAN, PR 00936-0999

Centro Medico del Turabo d/b/a HIMA San Pabl
Apto. 4980
Caguas, PR 00726

JOVIRI, INC.
PO BOX 270251
SAN JUAN, PR 00928-3051

LANDA UMPIERRE, PSC
C/O XAVIER A CURET
PO BOX 363642
SAN JUAN, PR 00936-3642

NEW STEEL, INC.
PO BOX 9021216
SAN JUAN, PR 00902-1216

SECURITY HOLDINGS, LLC D/B/A PIONEER INDUSTR
C/O CHARLES A. CUPRILL, PSC, LAW OFFICES
356 FORTALEZA STREET
SECOND FLOOR
SAN JUAN, PR 00901-1717

STATE INSURANCE FUND
WALLY DE LA ROSA VIDAL
PO BOX 365028
SAN JUAN, PR 00936-5028

TODTLY GROUP, INC.
138 WINSTON CHURCHILL AVE
SUITE 316
SAN JUAN, PR 00926-6013

TREASURY DEPARTMENT OF THE COMMONWEALTH OF P
DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN, PR 00902-0192

US TRUSTEE
EDIFICIO OCHOA
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1922

United Steelworkers
PO Box 6828
Santa Rosa Unit
Bayamn, PR 00960-5828

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Department of Treasury
Bankruptcy Section (424)
P.O. Box 9024140
San Juan PR 00902-4140

65 RENTAL & SALE CORP.
PO BOX 29614
SAN JUAN, PR 00929-0614

ACCREDITED LOCK SUPPLY
PO BOX 1442
SECAUCUS, NJ 07096-1442

ADAMS RITE MANUFACTURING
10027 S 51ST STREET
SUITE 102
PHOENIX, AZ 85044-5219

ADAN FORTY NIEVES
APARTADO 193
CANOVANAS, PR 00729-0193

ADRILEX CONSTRUCTION SERVICES, INC.
EDIFICIO LA ELECTRONICA
1608 CALLE BORI  SUITE 219-B
SAN JUAN, PR 00927-6112

AIR LOUVERS
SDS 12-1132
PO BOX 86
MINNEAPOLIS, MN 55486-1132

ALCALDE AUTO PARTS, INC.
PO BOX 191104
SAN JUAN, PR 00919-1104

ALFREDO BIRRIEL
HC 01 BOX 12521
CAROLINA PR 00987

ALFREDO BIRRIEL
HC-01 BOX 12342
CAROLINA, PR 00987

ALLIED WASTE SERVICES
PO BOX 51986
TOA BAJA, PR 00950-1986

ALUMA SYSTEMS
PO BOX 4040
CAROLINA, PR 00984-4040

ANACLETO JIMENEZ RODRIGUEZ
PO BOX 129
CAROLINA, PR 00986-0129

ANDRES CARRASQUILLO
HC-01 BOX 56759
BO. LA CHANGE
CAGUAS, PR 00725

ANDRES DELGADO
HC-03 BOX 12681
CAROLINA, PR 00987-9635

ANGEL RODRIGUEZ
HC-03 BOX 12242
CAROLINA, PR 00987-9617

ANGEL RODRIGUEZ GONZALEZ
LAS FLORES DE MONTEHIEDRA
300 BLVD. DE LA MONTA A APT# 646
SAN JUAN, PR 00926-7029

ANGEL TORRES RAMOS
RR-03 BOX 10410-5
TOA ALTA, PR 00953-8038

ANGELINA LOPEZ LOPEZ
PO BOX 129
CAROLINA, PR 00986-0129

ARCHILLA PAPER
PO BOX 364253
SAN JUAN, PR 00936-4253

ASSA ABLOY INC
ATTN: STEVE SAVINO
225 EPISCOPAL RD
BERLIN CT 06037-1524

ASSA, INC.
PO BOX 640722
PITTSBURG, PA 15264-0722

ASTRO INDUSTRIAL SUPPLY
PO BOX 9022461
SAN JUAN, PR 00902-2461

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

AURORA GALLIANO
PO BOX 769
CAGUAS, PR 00726-0769

AURORA M. GALLIANO PARDO
PO BOX 769
CAGUAS, PR 00726-0769

AUTOCENTRO TOYOTA
1090 MU OZ RIVERA AVE.
SAN JUAN, PR 00927-5034

AXESA DE PR
400 AVE. AMERICO MIRANDA
ESQ. EXPRESO LAS AMERICAS
SAN JUAN, PR 00927-5142

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN, PR 00936-2708

BENJAMIN CALO
HC-03 BOX 13175
CAROLINA, PR 00987-9621

BLUELINE RENTAL PR, INC.
PO BOX 840275
DALLAS, TX 75284-0275

Banco Popular de Puerto Rico
c/o Oneill & Borges LLC
250 Munoz Rivera Avenue
Suite 800
San Juan, PR, 00918-1813

C.R. LAWRENCE CO., INC.
PO BOX 58923
LOS ANGELES, CA 90058-0923

CAFE YAUCONO
PO BOX 51985
TOA BAJA, PR 00950-1985

CAL-ROYAL PRODUCTS, INC.
6605 FLOTILLA STREET
CITY OF COMMERCE
LOS ANGELES, CA 90040-1815

CANCER CENTER HOSPITAL
BO. MONACILLOS URBANOS
SAN JUAN, PR 00921

CARIBBEAN EXPRESS FREIGHT, INC.
PO BOX 51960
TOA BAJA, PR 00950-1960

CARIBBEAN PENSION PLAN ADM.
ATTN. SUSAN ROSENBERG
1900 NW CORP. BLVD SUITE 400 W
BOCA RATON, FL 33431-8502

CARIBE TECNO SE
ATTY MADELEINE LLOVET
412 DE DIEGO AVE 1ST FLOOR
PUERTO NUEVO
SAN JUAN PR 00920-3770

CARIBE TECHO, S.E.
PO BOX 360099
SAN JUAN, PR 00936-0099

CARLOS A. MARQUEZ
BO. SAINT JUST
CALLE AGUACATE #299
TRUJILLO ALTO, PR 00976-2807

CARLOS RIOS
VILLA DE LOIZA
CALLE 24  A-04
CANOVANAS, PR 00729

CARLOS RODRIGUEZ
SAN FERNANDO VILLAGE
APTO# 301
CAROLINA, PR 00987-6961

CARLOS RODRIGUEZ
URB LOS EUCALIPTOS 17067 PICAR DRIVE
CANOVANAS PR 00729-4520

CAROLINA BUILDING MATERIAL
PO BOX 3570
CAROLINA PR 00984 3570

CENTRO PINTURAS CAROLINA, INC.
PO BOX 29916
SAN JUAN, PR 00929-0916

CERTIFIED RIGGING & LIFTING CO.
PO BOX 9233
PLAZA CAROLINA STATION
CAROLINA, PR 00988-9233

COCKRAM PROJECTS, INC.
METRO OFFICE PARK
STREET 1 BUILDING 11  SUITE 106
GUAYNABO, PR 00968

CORNELL IRON WORKS, INC.
PO BOX 416872
BOSTON, MA 02241-6872

CORTELCO SYSTEMS PR, INC.
PO BOX 5249
CAGUAS, PR 00726-5249

CRESPO ICE PLANT, INC.
1173 CALLE CANADA
SAN JUAN, PR 00920-3828

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

CYPRESS TRUCK LINES INC
1414 LINDROSE ST
JACKSONVILLE FL 32206-1616

Centro Medico del Turabo
a/k/a: Hospital HIMA San Pablo Caguas
PO Box 4980
Caguas, PR 00726-4980

DANIEL DELGADO LOPEZ
PMB 281
CALL BOX 20000
CANOVANAS, PR 00729-0042

DANIEL OSORIO
HC-01  BOX 11128
CAROLINA, PR 00987-9659

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

DEPT. DEL TRABAJO Y RECURSOS HUMANOS
PO BOX 191020
SAN JUAN, PR 00919-1020

DESARROLLOS METROPOLITANOS
PO BOX 9417
SAN JUAN, PR 00908-0417

DETEX CORP.
302 DETEX DRIVE
NEW BRAUNFELS, TX 78130-3099

DORIS BARROSO VICENS
RSM ROC & COMPANY
PO BOX 10528
SAN JUAN, PR 00922-0528

DORMA USA, INC.
PO BOX 6312
CAROL STREAM, IL 60197-6312

DPM CORPORATION
AVE. JOSE DE DIEGO #312
SUITE 305
SAN JUAN, PR 00909

EDGARDO CARRION
2024 CALLE EDUARDO CUEVAS
VILLA GRILLASCA
PONCE, PR 00717-0589

EDUARD ELECTRICAL & MECH.
ML 505 BOX 145400
CINCINNATI, OH 45250-5400

ELVIN ENCARNACION
HC-03  BOX 12432
CAROLINA, PR 00987-9618

ENGINEERED PARTS & SERVICES, INC.
PO BOX 1899
VEGA ALTA, PR 00692-1899

EUGENIO MARTINEZ
HC-02  BOX 10698
YAUCO, PR 00698-9680

F&R CONSTRUCTION CORP.
PO BOX 9932
SAN JUAN, PR 00908-0932

F.D.S.E.
PO BOX 365028
SAN JUAN, PR 00936-5028

FEDERAL EXPRESS CORP.
PO BOX 371461
PITTSBURG, PA 15250-7461

FIRE FOE, INC.
PO BOX 4656
CAROLINA, PR 00984-4656

FRANCISCO POVENTUD
PO BOX 3141
VALLE ARRIBA HEIGHTS
CAROLINA PR 00984-3141

FRANCISCO POVENTUD
URB. SANTA MARIA
CALLE 5 H-6
TOA BAJA, PR 00949-4212

GAMALIER PEREZ BIRRIEL
PO BOX 489
CAROLINA, PR 00986-0489

GONZALEZ SANI-TECH, INC.
PO BOX 6476
MAYAGUEZ, PR 00681-6476

GONZALEZ TRADING CORP.
PO BOX 364884
SAN JUAN, PR 00936-4884

GRAINGER CARIBE, INC.
DEPT. 875225258
PALATINE, IL 60038-0001

GRISELLE DOMINGUEZ
PO BOX 195417
SAN JUAN PR 00919 5417

GRISELLE DOMINGUEZ
SAN PEDRO ESTATES
B-13 SAN PEDRO
CAGUAS, PR 00725-7640

GUILLERMO MENENDEZ RODRIGUEZ
URB. SAGRADO CORAZON
354 CALLE SAN GERARDO
SAN JUAN, PR 00926-4106

HAGER HINGE COMPANY
139 VICTOR ST
ST LOUIS, MO 63104-4736

HANCHETT ENTRY SYSTEMS, INC.
PO BOX 644009
PITTSBURGH, PA 15264-4009

HECTOR MELENDEZ
URB MANSIONES DE CEDROS
CALLE YAGRUMO 46
CAYEY PR 00736-5616

HECTOR MELENDEZ
URB. LA HACIENDA
CALLE MEDIA LUNA #14
CAGUAS, PR 00725

HECTOR OCASIO PIZARRO
VILLA CAROLINA
CALLE 74  116-16
CAROLINA, PR 00985-4117

HEMCO CONSTRUCTION CORP.
PO BOX 193598
SAN JUAN, PR 00919-3598

HILTI CARIBE, LLC.
PO BOX 194949
SAN JUAN, PR 00919-4949

IMPRESOS RAMOS
CAPARRA TERRACE
AVE. JESUS T. PI ERO #1223
SAN JUAN, PR 00920-5502

INDUMET CORPORATION
PO BOX 1285
CAGUAS, PR 00726-1285

INFRA-METALS COMPANY
PO BOX 409828
ATLANTA, GA 30384-9828

INSTANT PRINT COPR.
PO BOX 190540
SAN JUAN, PR 00919-0540

IRS
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
CITIVIEW PLAZA NO II
48 CARR 165 SUITE 2000
GUAYNABO, PR 00968-8000

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ISAAC NORIUS
HC 01 BOX 56759
BO LA CHANGA
CAGUAS PR 00725

ISAAC NORIUS
PO BOX 129
CAROLINA, PR 00986-0129

IVAN ROMAN
HC-06 BOX 75559
CAGUAS, PR 00725-9521

IVAN ROMAN RUIZ
HC-06 BOX 75559
BO. RIO CA AS
CAGUAS, PR 00725-9521

JOE PEREZ
HC-01 BOX 12521
CAROLINA, PR 00987

JOEL BIRRIEL
COND. PONTEZUELA
EDIF. B-6 APTO 2F
CAROLINA, PR 00983

JOEL BIRRIEL
HC 01 BOX 12521
CAROLINA PR 00987

JONATHAN RODRIGUEZ
HC-01 BOX 12244
CAROLINA, PR 00986

JORGE F. VENDRELL BORELLI
ENTRE RIOS
CALLE PLAYA SERENA #152
TRUJILLO ALTO, PR 00976

JORGE TIRADO
CORDOBA PARK
APTO# 21-D
SAN JUAN, PR 00926

JORGE TIRADO
URB EL VALLE
PLAZA FLAMBOYAN 216
CAGUAS PR 00727

JORGE VELAZQUEZ
HC-01 BOX 11829
CAROLINA, PR 00987-9686

JORGE VENDRELL
ENTRE RIOS
CALLE PLAZA SERENA 152
TRUJILLO ALTO, PR 00976

JOSE A MERCADO
RESD VILLA KENNEDY EDIF 21 APT 328
SAN JUAN PR 00915

JOSE A. GONZALEZ
HC-01 BOX 2136
LOIZA, PR 00772-9702

JOSE A. MERCADO
RES. VILLA KENNEDY
EDIF 9 APTO# 209
SAN JUAN, PR 00924

JOSE L. CAMACHO
URB. LAS COLINAS
CALLE 1 #68
VAGA ALTA, PR 00692-7102

JOSE LAJARA
CALLE CAROLA T-731
CANOVANAS, PR 00729

JOSE PEREZ
HC-03 BOX 12241
CAROLINA, PR 00987-9617

JOSE R. HERNANDEZ
PO BOX 769
CAGUAS, PR 00726-0769

JOSE R. HERNANDEZ GIERBOLINI
PO BOX 679
CAGUAS, PR 00726

JOVIRI, INC.
AVE. PONCE DE LEON #1554
BO. MONACILLOS
SAN JUAN, PR 00926-2706

JOVIRI, INC.
PO BOX 9021216
SAN JUAN, PR 00902-1216

JUAN ALGARIN
VILLA GRACIELA
CALLE C. FERNANDEZ A-3
JUNCOS, PR 00777-3005

JUAN CORTES
HC-01 BOX 11372
CAROLINA, PR 00987-9678

JUAN MONTES
PO BOX 13
SAN JUAN, PR 00902-0013

JUAN MONTES
URB LAS CUMBRES
CALLE LAS VEAS 96 APT 2
SAN JUAN PR 00926-5514

JUAN ORTIZ
HC-02 BOX 14447
CAROLINA, PR 00987-9717

JULIO FEBRES
RES. LOMA ALTA
EDIF. B APTO# 42
CAROLINA, PR 00987

JULIO FUENTES
COND PONTEZUELA EDIF B6 APTO 2F
CAROLINA PR 00983-2088

JULIO FUENTES
PO BOX 444
TRUJILLO ALTO, PR 00977-0444

KEVIN DOMINGUEZ
URB. PARQUE ECUESTRE #37
E5 #37
CAROLINA, PR 00987

KNICKERBOCKER PARTS CORP
156-36 CROSS BAY BLVD.
HOWARD BEACH, NY 11414-2749

LA CASA DE LOS TORNILLOS
PO BOX 365047
SAN JUAN, PR 00936-5047

LAMBTON DOOR
235 2ND AVENUE
LAMBTON, PQ GOM IHO
CANADA

LAWRANCE HARDWARE 1, INC.
1624 SOUTH CLINTON STREET
CHICAGO, IL 60616-1110

LEONARDO DELGADO
JARDINES DE PARMAREJO
CALLE 5 L-5
CANOVANAS, PR 00729-2844

LINDA G VAZQUEZ
PO BOX 50268
TOA BAJA PR 00950-0268

LINDA G. VAZQUEZ
BORINQUEN TOWER 1
APTO# 913
SAN JUAN, PR 00920

LINDE GAS PR. INC.
PO BOX 71491
SAN JUAN, PR 00936-8591

LINDE GAS PUERTO RICO INC.
PO BOX 363868
SAN JUAN PR 00936-3868

LUCY RODRIGUEZ
URB. SAGRADO CORAZON
354 CALLE SAN GERARDO
SAN JUAN, PR 00926-4106

LUIS A. QUI ONES
CAROLINA HOUSING
EDIF 5 APTO#50
CAROLINA, PR 00987

LUIS A. VAZQUEZ OTERO
COND. MONTEBELLO ESTATES
APTO.# F-12
SAN JUAN, PR 00926

LUIS CASTRO
URB LA CENTRAL
CALLE 2 PARCELA 98
CANOVANAS, PR 00729

LUIS COTTO
HC-03 BOX 7249
CANOVANAS, PR 00729-9710

LUIS E. PEREZ
HC-03 BOX 12625
CAROLINA, PR 00987-9635

LUIS FIGUEROA
CALLE 2 #158
SAINT JUST, PR 00976-2824

LUIS R. CEPEDA
PARCELAS FALU
CALLE 45-A  #253-C
SAN JUAN, PR 00924-3179

LUZ A. TORRES
RR 3 BOX 10968-1
TOA ALTA, PR 00953-7933

MADERERA DONESTEVEZ, INC
PO BOX 29228
SAN JUAN, PR 00929-0228

MAGIC TRANSPORT, INC.
PO BOX 360729
SAN JUAN, PR 00936-0729

MARILYA CARDONA
CALLE E #26
PARC. RODRIGUEZ OLMO
ARECIBO, PR 00612-4216

MASTER LOCK COMPANY, LLC
PO BOX 677799
DALLAS, TX 75267-7799

MCKINNEY PRODUCTS CO.
PO BOX 640766
PITTSBURGH, PA 15264-0766

MELVIN MORALES
HC-03 BOX 12241
CAROLINA, PR 00987-9617

MESSER CUTTING SYSTEMS INC
ATTN: DEBRA RICHTER
W141N9427 FOUNTAIN BLVD
MENOMONEE FALLS WI 53051-1624

MIGUEL MOLINA
PO BOX 534
CANOVANAS, PR 00729-0534

NIGUEL SERRANO
RR-8 BOX 9533
BAYAMON, PR 00956-9664

MM SUPPLY, INC.
PO BOX 37384
SAN JUAN, PR 00937-0384

McNICHOLS COMPANY
PO BOX 30300
TAMPA FL 33630-3300

NATHANAEL FLORES
ALTURAS DE CAMPO RICO
CALLE 7 #846
CANOVANAS, PR 00729

NEW STEEL, INC.
PO BOX 9021516
SAN JUAN, PR 00902-1516

NU-VUE INDUSTRIES OF PR
PO BOX 10087
SAN JUAN, PR 00922-0087

OFFICE DEPOT
PO BOX 88040
CHICAGO, IL 60680-1040

OFFICE-IT
PMB 245 SUITE 102
405 AVE. ESMERALDA
GUAYNABO, PR 00969-4482

OMEGA ENGINEERING, LLC.
PO BOX 363823
SAN JUAN, PR 00936-3823

OMIR MENDEZ
ANTONIO R. BARCELO #34
CIDRA, PR 00739-3444

OMIR MENDEZ DIAZ
URB. VILLA HUCAR
CALLE ALMENDRO A-15
SAN JUAN, PR 00926-6819

OMIR MENDEZ DIAZ & DESIREE ARAUJO
URB. VILLA HUCAR
CALLE ALMENDRO A-15
SAN JUAN, PR 00926-6819

OMNIA INDUSTRIES INC
5 CLIFFSIDE DRIVE
CEDAR GROVE, NJ 07009-1278

ORPI, INC.
PO BOX 194621
SAN JUAN, PR 00919-4621

OSCAR FARGAS
HC 02 BOX 1447
CAROLINA PR 00985

OSCAR FARGAS
HC-02 BOX 1447
CAROLINA, PR 00984

OSVALDO TORRES
URB. SIERRA LINDA
CALLE 5 K-44
BAYAMON, PR 00957-2141

OVERLY DOOR COMPANY
PO BOX 70
GREENSBURG, PA 15601-0070

PASCUAL ROSARIO
HC-01 BOX 12811
CAROLINA, PR 00985

PEDRO NEGRON
HC-03 BOX 12241
CAROLINA, PR 00987-9617

PEMKO MFG. CO.
PO BOX 3100-1250
PASADENA, CA 91110-1250

PEP BOYS
PO BOX 8500-50445
PHILADELPHIA, PA 19178-0445

PIONEER INDUSTRIES, INC.
PO BOX 333
BRATTLEBORO, VT 05302-0333

PITNEY BOWES PR, INC.
PO BOX 11662
SAN JUAN, PR 00922-1662

POWER SECURITY, INC.
PO BOX 4268
CAROLINA, PR 00984-4268

PR DEPARTMENT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

PR WIRE PRODUCTS, INC.
PO BOX 363167
SAN JUAN, PR 00936-3167

PRASA
PO BOX 7066
SAN JUAN, PR 00916-7066

PRAXAIR PR
PO BOX 307
GURABO, PR 00778-0307

PRENDES SAFETY
COND. MANSIONES DE GARDEN HILLS
APTO. 17F
GUAYNABO, PR 00966

PREPA
PO BOX 3670151
SAN JUAN, PR 00936-0151

PRISCILA MENENDEZ
URB. SAGRADO CORAZON
SAN GENARO.354
SAN JUAN, PR 00926-4106

PRISCILA MENENDEZ RODRIGUEZ
255 CALLE ROSARIO APTO.# 110
SAN JUAN, PR 00912-3107

QUALITY INDUSTRIAL SAFETY CORP.
PO BOX 362077
SAN JUAN, PR 00936-2077

RAFAEL BENITEZ CARRILLO, INC
PO BOX 362769
SAN JUAN, PR 00936-2769

RAFAEL RODRIGUEZ
URB. SANTA JUANA II
CALLE 5 B-10
CAGUAS, PR 00725-2016

RAMON NASSA
BO. JAGUEYES
CARR. 797
CANOVANAS, PR 00729

RAUL ORTIZ
HC-03 BOX 12521
CAROLINA, PR 00987-9619

RAYMOND PEREZ MORALES
HC-01 BOX 11601
CAROLINA, PR 00987-9685

RICHARD GONZALEZ
HC-01 BOX 12432
CAROLINA, PR 00986

RICOH PUERTO RICO, INC.
PO BOX 71459
SAN JUAN, PR 00936-8559

RIMCO, INC.
PO BOX 362529
SAN JUAN, PR 00936-2529

ROBERTO CARBONELL CRUZ
PO BOX 8185
CAROLINA, PR 00986-8185

ROBERTO PASTRANA
PO BOX 1263
CANOVANAS PR 00729-1263

ROBERTO PASTRANA
PO BOX 7249
CANOVANAS, PR 00729

RODRIGUEZ VACUUM SERVICES, INC.
PO BOX 1299
PENUELAS, PR 00624-1299

ROSALY SANTOS
PO BOX 395
TRUJILLO ALTO, PR 00977-0395

SAFETY ZONE
PO BOX 2151
SAN JUAN, PR 00922-2151

SANCHEZ TECHNICAL REFRIGERATION
4398 CALLE 2
BOX 156
SAN JUAN, PR 00926-8644

SANTIAGO RIVERA BATISTA
LOIZA VALLEY
CALLE CANARIO G-264
CANOVANAS, PR 00729

SANTOS DELGADO
HC-03 BOX 12654
CAROLINA, PR 00987-9635

SARGENT MFG. CO.
PO BOX 640777
PITTSBURGH, PA 15264-0777

SECURITRON MAGNALOCK CORP.
PO BOX 644009
PITTSBURGH, PA 15264-4009

SECURITY HOLDINGS LLC
DBA PIONEER INDUSTRIES LOCATED AT 111
KERO ROAD
CARLSTAD NJ 07072

SHERWIN WILLIAMS CO.
PO BOX 363705
SAN JUAN, PR 00936-3705

SIGMA SALES, INC.
PO BOX 8056
PONCE, PR 00732-8056

SSW ENGINEERING & CONSTRUCTION, LLC
PO BOX 6025828
BAYAMON, PR 00960-2828

STATE INSURANCE FUND CORPORATION
PO BOX 365028
SAN JUAN, PUERTO RICO 00936-5028

STEEL & PIPES, INC
PO BOX 5309
CAGUAS, PR 00726-5309

STEEL SERVICES & SUPPLIES, INC.
PO BOX 2528
TOA BAJA, PR 00951-2528

SUPER AUTOMOTIVE PRODUCTS
PO BOX 70250
SUITE 107
SAN JUAN, PR 00936-8250

SUSANA AVAGNINA GONZALEZ
ENTRE RIOS
CALLE PLAYA SERENA #152
TRUJILLO ALTO, PR 00976

TEDDY RENTAL REPAIR & SERVICES
PO BOX 10953
SAN JUAN, PR 00922-0953

TRIMCO
PO BOX 23277
LOS ANGELES, CA 90023-0277

TRUJILLO TRUCKING RENTAL, INC.
PO BOX 1281
CAROLINA, PR 00986-1281

UNDERWRITERS LABORATORIES
75 REMITTANCE DRIVE
SUITE  1524
CHICAGO, IL 60675-1524

UNITED STEEL WORKERS
C/O JUAN ROMAN
BLOCK 10 #1 AGUAS BUENAS AVE.
BAYAMON, PR 00959

UNIVERSAL INDUSTRIAL PRODUCTS
PO BOX 628
PIONEER, OH 43554-0628

US DEPARTAMENT OF JUSTICE
PO BOX 227
BEN FRANKLIN STATION
Washington, DC 20044-0227

VANESSA BIBILONI VAZQUEZ
HC-06 BOX 75559
BO. RIO CA AS
CAGUAS, PR 00725-9521

WESTERN AVIATION SERVICE
PO BOX 250447
AGUADILLA, PR 00604-0447

WILLIAM BIRRIEL
HC-03 BOX 12218
CAROLINA, PR 00987-9617

WILLIAM HERNANDEZ
HC-02 BOX 13602
AGUAS BUENAS, PR 00703-9608


YALE SECURITY, INC.
PO BOX 644001
PITTSBURGH, PA 15264-4001

ZINCALUM CORP.
PO BOX 642
CIDRA, PR 00739-0642

CARMEN D CONDE TORRES
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523


LUISA S VALLE CASTRO
C CONDE & ASSOCIATES
254 CALLE SAN JOSE 5TH FLOOR
SAN JUAN, PR 00901-1523

MOISES AVILA-SANCHEZ
AVILA,MARTINEZ & HERNANDEZ PSC
HATO REY CENTER STE 705
268 PONCE DE LEON AVE
HATO REY, PR 00918-2002

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)AMERICAN AGENCIES CO. INC.
PO BOX 9021216
SAN JUAN, PR 00902-1216

(d)BANCO POPULAR PR - SPECIAL LOANS
PO BOX 362708
SAN JUAN, PR 00936-2708

(u)CAROLINA, PR 00985


(d)PRENDES SAFETY
COND. MANSIONES DE GARDEN HILLS
APTO. 17F
GUAYNABO, PR 00966

(u)RAFAEL TANCO MILLAN
RES. SABANA BAJO
EDIF. 55 APTO# 432

(d)SECURITY HOLDINGS, LLC D/B/A PIONEER INDUS
C/O CHARLES A. CUPRILL, PSC, LAW OFFICES
356 FORTALEZA STREET
SECOND FLOOR
SAN JUAN, PR 00901-1717


(d)DORIS BARROSO VICENS
RSM ROC & COMPANY
PO BOX 10528
SAN JUAN, PR 00922-0528

End of Label Matrix
Mailable recipients    248
Bypassed recipients      7
Total                  255

**EXHIBIT A**

| CLASS 1 – | | |
|---|---|---|
| NAME | ADDRESS | PAYMENT AMOUNT |
| C. CONDE & ASSOC. | SAN JOSE ST. #254<br>SUITE 5<br>SAN JUAN, PR 00901 | $11,302.91<br>$11,302.93<br>$152.15<br>$936.93<br>$936.93 |
| US TRUSTEE | EDIFICIO OCHOA<br>SUITE 301<br>500 TANCA ST.<br>SAN JUAN, PR 00901 | $13,000.00 |
| CARIBE TECNO, S.E. | PO BOX 360099<br>SAN JUAN, PR 00936-0099 | $77,614.60 |
| SECURITY HOLDINGS LLC d/b/a<br>PIONEER INDUSTRIES, INC. | PO Box 333<br>Brattleboro, VT 05302-0333 | $30,148.92 |
| CHRISTMAS BONUS UNDER<br>COLLECTIVE BARGAINING | | $16,392.14[1] |
| TOTAL: | | $161,787.51 |

---

[1] These payments were done jointly with Class 4 – Priority Claims. See attached checks.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101-201
215

000416

***ONCE MIL TRESCIENTOS DOS DOLARES CON 91 CENTAVOS****

AMOUNT
$11,302.91

CHECK NO.
416

DATE
06-30-16

PAY
TO THE
ORDER
OF

C. CONDE & ASSOC.

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑆000416⑆ ⑆021502011⑆ 035⑈38191⑈

---

**AMERICAN AGENCIES CO., INC.**

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101-201
215

001125

****ONCE MIL TRESCIENTOS DOS DOLARES CON 93 CENTAVOS****

AMOUNT
$11,302.93

CHECK NO.
1125

DATE
6-30-16

PAY
TO THE
ORDER
OF

C. CONDE & ASSOC.

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑆001125⑆ ⑆021502011⑆ 035⑈38167⑈

001234

**AMERICAN AGENCIES CO., INC.**    P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 06/30/16 | 2016214 | PROFESSIONAL SERVICES | 163.60 | .00 | 163.60 |
| 07/19/16 | 2016214R | WITHHOLDING | 11.45- | .00 | 11.45- |

| CHECK DATE | 07/19/16 | CHECK NUMBER | 0000360 | TOTALS | 152.15 | .00 | 152.15 |
|---|---|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

STEEL PRODUCTS

BANCO POPULAR
SUCURSAL, SAN JOSE

001234

101 - 201
215

AMERICAN AGENCIES CO., INC.
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*ONE HUNDRED FIFTY TWO DOLLARS AND 15 CENTS

|  | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
|  | 07/19/16 | 001234 | *******152.15* |

PAY
TO THE
ORDER
OF

C. CONDE & ASSOC.
SUITE 5
254 SAN JOSE STREET

San Juan        PR 00901-1523



AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑆001234⑆ ⑈021502011⑈ 035⑊3811671⑈

001364

AMERICAN AGENCIES CO., INC.    P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 7/31/16 | 2016256 | PROFESSINAL SERVICES | 1,007.45 | .00 | 1,007.45 |
| 3/17/16 | 2016256R | WITHHOLDING | 70.52- | .00 | 70.52- |
| 08/23/16 | CHECK NUMBER 0000360 | **TOTALS** | 936.93 | .00 | 936.93 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

STEEL PRODUCTS

BANCO POPULAR
SUCURSAL, SAN JOSE
101 · 201
215

001364

AMERICAN AGENCIES CO., INC.
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*NINE HUNDRED THIRTY SIX DOLLARS AND 93 CENTS

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 08/23/16 | 001364 | *******936.93* |

C. CONDE & ASSOC.
SUITE 5
254 SAN JOSE STREET
San Juan          PR 00901-1523

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001364⑈ ⑆0215020⑈⑈ 035⑈38116⑈⑈

000496

| STEEL, INC. | P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216 | | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| DATE | INVOICE NO. | DESCRIPTION | | | |
| 07/31/16 | 2016256 | PROFESSIONAL SERVICES | 1,007.45 | .00 | 1,007.45 |
| 08/17/16 | 2016256R | WITHHOLDIN | 70.52- | .00 | 70.52- |

| ECK ATE | 08/24/16 | CHECK NUMBER | 0000360 | TOTALS | 936.93 | .00 | 936.93 |
|---|---|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

NEW STEEL, INC.

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216  SAN JUAN, P.R.  00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE    000496    101-201
215

*NINE HUNDRED THIRTY SIX DOLLARS AND 93 CENTS

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 08/24/16 | 000496 | *******936.93* |

MP

AUTHORIZED SIGNATURE

MP

AUTHORIZED SIGNATURE

PAY
TO THE
ORDER
OF

C. CONDE & ASSOC.
SUITE 5
254 SAN JOSE STREET

San Juan          PR 00901-1523

⑈000496⑈ ⑆021502⑈⑈ 035⑈381191⑈

# AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

001224

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 07/06/16 | 7051L | QUARTER 2, 2016  LTC B | 6,500.00 | .00 | 6,500.00 |

| CHECK DATE | 07/19/16 | CHECK NUMBER | 0002210 | **TOTALS** | 6,500.00 | .00 | 6,500.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

**STEEL PRODUCTS**
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001224

SIX THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS

DATE  07/19/16    CHECK NO.  001224    AMOUNT  ***6,500.00***

PAY TO THE ORDER OF

U.S. TRUSTEE PAYMENT CENTER
PO BOX 530202

Atlanta      GA 30353-0202

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

AMERICAN AGENCIES CO., INC.
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 10/05/16 | 100516 | QUARTER 3, 2016 FEE DUE | 6,500.00 | .00 | 6,500.00 |

| CHECK DATE | | CHECK NUMBER | | TOTALS | 6,500.00 | .00 | 6,500.00 |
|------------|---|--------------|---|--------|----------|-----|----------|
| 10/18/16 | | 0002210 | | | | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**STEEL PRODUCTS**

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001555

*SIX THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 10/18/16 | 001555 | *****6,500.00* |

PAY TO THE ORDER OF

U.S. TRUSTEE PAYMENT CENTER
PO BOX 530202

Atlanta          GA 30353-0202

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001555⑈ ⑆021502011⑆ 035⑈38116 7⑈





**EXHIBIT B**

| CLASS 2 – Secured Claim - BPPR | | |
|---|---|---|
| NAME | ADDRESS | PAYMENT AMOUNT |
| Banco Popular de Puerto Rico | PO BOX 362708<br>SAN JUAN, PR 00936-2708 | $16,670.00<br>$15,082.93<br>$16,670.00<br>$16,670.00<br>$16,670.00<br>$3,422.64 |
| TOTAL: | | $85,185.57 |



RECEIVED
SPECIAL LOANS DEPT.

OCT 0 6 2016

| ANS. | FILE | REF. TO: |
|------|------|----------|

# AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

001493

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 10-04-16 | | ADEQUATE   PROTECTION PAYMENT BPPR | $16,670.00 | | $16,670.00 |

| CHECK DATE | 10-04-16 | CHECK NUMBER | 1493 | TOTALS | $16,670.00 | | $16,670.00 |
|------------|----------|--------------|------|--------|------------|--|------------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R.  00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001493

****DIECISEIS MIL SEISCIENTOS SETENTA DOLARES CON 00 CENTAVOS****

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 10-04-16 | 1493 | $16,670.00 |

PAY
TO THE
ORDER
OF

BANCO DE POPULAR DE PR

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001493⑈ ⑉021502011⑉ 035⑈38116 7⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 10-06-16 | | ABONO AL PRINCIPAL DE LINEA DE CREDITO: | | | |
| | | VENTA DE ACERO | $3,422.64 | | $3,422.64 |

| CHECK DATE | 10-06-16 | CHECK NUMBER | 1497 | TOTALS | $3,422.64 | | $3,422.64 |
|---|---|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001497

****TRES MIL CUATROCIENTOS VEINTIDOS DOLARES CON 64 CENTAVOS****

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 10-06-16 | 1497 | $3,422.64 |

PAY
TO THE
ORDER
OF

BANCO POPULAR DE PR

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001497⑈ ⑆021502011⑆ 035⑈38116 7⑈

## AMERICAN AGENCIES CO., INC.   P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216    001284

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 08-01-16 | ADEQUATE PROTECTION | | $16,670.00 | | $16,670.00 |

| HECK DATE | 08-01-16 | CHECK NUMBER | 1284 | TOTALS | $16,670.00 | | $16,670.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001284

****SIXTEEN  THOUSAND  SIX HUNDRED SEVENTY DOLLARS AND 00 CENTS*****

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 08-01-16 | 1284 | $16,670.00 |

PAY
TO THE
ORDER
OF

BANCO POPULAR DE PR

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈⑈001284⑈ ⑆02150201⑈ 035⑈38116⑈⑈

Recibido pr.
Lourdes Sims



## AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

001019

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| -01-2016 | | ADEQUATE PROTECTION | $16,670.00 | | $16,670.00 |

| CHECK DATE | CHECK NUMBER | TOTALS | | | |
|------------|--------------|--------|--|--|--|
| 6-01-2016 | 001019 | | $16,670.00 | | $16,670.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

STEEL PRODUCTS

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216,  SAN JUAN, P.R.  00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

101 - 201
215

001019

****SIXTEEN THOUSAND SIX HUNDRED SEVENTY DOLLARS AND 00 CENTS*********

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 6-01-2016 | 001019 | $16,670.00 |

PAY
TO THE
ORDER
OF

BANCO POPULAR DE PR

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑆001019⑆ ⑈021502011⑈ 035⑉38116 7⑊



AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

S T E E L   P R O D U C T S

BANCO POPULAR
SUCURSAL SAN JOSE
101 - 201
215

CHECK NO.
1124

001124

***SETENTA Y SIETE MIL SEISCIENTOS CATORCE DOLARES CON 80 CENTAVOS***

PAY
TO THE
ORDER
OF

CARIBE TECNO, S.E.

DATE
06-30-16

AMOUNT
$77,614.60

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑆001124⑆ ⑈021502011⑈ 035⑆3818⑈1⑆

| CLASS 4 -- Priority Claims -- Employees/Former Employees | | |
|---|---|---|
| NAME | ADDRESS | PAYMENT AMOUNT |
| Benjamin Calo Aponte | HC-03 PO Box 13175<br>Carolina, PR 00987 | $65.34<br>$65.34 |
| Jonathan Pratts | HC-02 Box 6623<br>Canovanas, PR 00729 | $100.72<br>$100.72 |
| Gamalier Perez Birriel | HC-03 Box 12218<br>Carolina, PR 00987 | $213.90<br>$213.90 |
| Joel Birriel | HC-01 Box 12521<br>Carolina, PR 00987 | $321.73<br>$322.93<br>$140.00<br>$140.00 |
| William Birriel | HC-03 Box 12242<br>Carolina, PR 00987 | $1,328.00<br>$1,328.00 |
| Richard Gonzalez | PO Box 489<br>Pueblo Sta.<br>Carolina, PR 00986 | $268.05<br>$268.05 |
| Julio E. Fuentes | Cond. Pontezuela<br>Edif. B-6 Apt. 2-F<br>Carolina, PR 00983 | $349.05<br>$349.05 |
| Santiago Rivera Batista | PMB 164, 390 Carr. 853<br>Carolina, PR 00984 | $270.73<br>$271.81 |
| Pedro R. Negron | Urb. Country Club<br>1112 James Bond<br>San Juan, PR 00914-3445 | $141.64<br>$141.64 |
| Joe M. Perez | Loiza Valley<br>G-264 Calle Canario<br>Canovanas, PR 00729 | $255.12<br>$255.12 |
| Raul Ortiz | HC-03 Box 12241<br>Carolina, PR 00987 | $367.85<br>$367.85 |
| Alfredo Birriel | HC-03 12521<br>Carolina, PR 00987 | $116.50<br>$116.50 |
| Angel M. Rodriguez | HC-03 Box 12342<br>Carolina, PR 00987 | $92.93<br>$92.93 |
| Santos Delgado | HC-03 12654<br>Carolin,a PR 00987-9602 | $374.68<br>$374.68 |
| Rafael Tanco Millan | Res. Sabana Bajo<br>Edif. 55 Apto. 432<br>Carolina, PR 00985 | $149.82<br>$149.82 |
| Jose J. Lajara | Urb. Loiza Valley T731 Calle Carola<br>Canovanas, PR 00729 | $1,653.21<br>$1,653.20 |
| Jorge L. Velazquez | HC-01 Box 11829<br>Carolina, PR 00987 | $372.65<br>$372.96 |
| Julio C. Febres | Calle 12 L24 Lago de la Plata | $178.25 |

| | | |
|---|---|---|
| | Levittown, PR 00949 | $178.25 |
| Angel L. Torres Ramos | RR-03 Box 10410-5<br>Toa Alta, PR 00953-8038 | $367.36<br>$367.36 |
| Miguel A. Serrano | RR-8 Box 9533<br>Bayamon, PR 00956 | $156.19<br>$156.19 |
| William Hernandez | HC-02 Box 13602<br>Aguas Buenas, PR 00703-9608 | $355.90<br>$355.90 |
| Isaac Norius | Apartado 527 Bo. Centenia II<br>Cidra, PR 00739 | $288.05<br>$288.05 |
| Andres Carrasquillo | PO Box 20000 PMB 351<br>Canovanas, PR 00729 | $1,426.41<br>$1,426.41 |
| Hector Ocasio Pizarro | Villa Carolina<br>116-16 Calle 74<br>Carolina, PR 00985 | $232.95<br>$232.95 |
| Elvin Encarnacion | HC-03 12434<br>Carolina, PR 00987 | $282.78<br>$282.78<br>$87.50<br>$87.50 |
| Luis R. Cepeda | Parcelas Falu<br>253-C Calle 45-A<br>San Juan, PR 00924 | $325.45<br>$325.45 |
| Luis E. Perez | HC-03 12625<br>Carolina 00987 | $347.15<br>$347.15 |
| Roberto Pastrana Cintro | PO Box 1263<br>Canovanas, PR 00729 | $45.41<br>$45.41 |
| Luis Cotto Cruz | HC-02 Box 17588<br>Rio Grande, PR 00745 | $80.87<br>$80.87 |
| Miguel Molina Mujica | PO Box 534<br>Canovanas, PR 00729 | $244.59<br>$244.59 |
| Juan Ortiz Fargas | PO Box 977 Saint Just Station<br>St Just, PR 00978 | $88.62<br>$88.62 |
| Edgardo Carrión | 2024 Calle Eduardo Cuevas<br>Villa Grillasca<br>Ponce, PR 00716 | $190.88<br>$190.88 |
| Carlos A. Marquez | Parcelas Falu Calle 41<br>#166 Interior<br>San Juan, PR 00924 | $166.95<br>$166.95 |
| Juan C. Cortes | HC-01 Box 11372<br>Carolina, PR 00985 | $68.48<br>$68.48 |
| Jose A. Gonzalez | HC-01 Box 2136<br>Loiza, PR 00772 | $341.28<br>$341.28 |
| Nathanael Flores | HC-03 Box 7249<br>Canovanas, PR 00729 | $327.13<br>$327.13 |
| Luis A. Quinones | Cond. El Remanso Elderle<br>Apto. 312<br>Carolina, PR 00987 | $263.37<br>$263.37 |
| Luis Castro | LA Central | $351.86 |

| | Calle 2 Parcela 98<br>Canovanas, PR 00729 | $351.86 |
|---|---|---|
| Pascual Rosario | HC-01 Box 13078<br>Carolina, PR 00987 | $120.28<br>$120.28 |
| Daniel Osorio | HC-01 Box 11128<br>Carolina, PR 00985 | $235.80<br>$235.80<br>$87.50<br>$87.50 |
| Juan R. Algarin | Villa Graciela<br>A-3 Calle C.Fernandez<br>Juncos, PR 00777 | $390.26<br>$390.25 |
| TOTAL: | | $27,269.28 |

Case:17-03283-LTS Doc#:1164 Filed:10/27/16 Entered:10/27/16 12:21:55 Desc:Main Document Page 32 of 146

**AMERICAN AGENCIES CO., INC.**

001164

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 07-05-16 | | BECA DE ESTUDIOS SEGUN ARTICULO XX DEL CONVENIO COLECTIVO | $87.50 | | $87.50 |

| CHECK DATE | | CHECK NUMBER | | TOTALS | | | |
|------------|--|--------------|--|--------|--|--|--|
| 07-05-16 | | 1164 | | | $87.50 | | $87.50 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**AMERICAN AGENCIES CO., INC.**

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001164

****OCHENTA Y SIETE CON 50 CENTAVOS****

DATE 07-05-16

CHECK NO. 1164

AMOUNT $87.50

PAY TO THE ORDER OF

DANIEL OSORIO

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

⑈001164⑈ ⑆021502011⑆ 035⑈38116⑈

**AMERICAN AGENCIES CO., INC.**
P.O. BOX 9021216, SAN JUAN, PR. 00902-1216

**001163**

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 07-05-16 | | BECA DE ESTUDIOS SEGUN ARTICULO XX DEL CONVENIO COLECTIVO. | $87.50 | | $87.50 |

| CHECK DATE | 07-05-16 | CHECK NUMBER | 1163 | TOTALS | $87.50 | | $87.50 |
|------------|----------|--------------|------|--------|--------|--|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL SAN JOSE
101 - 201
215

**001163**

****OCHENTA Y SIETE DOLARES CON 50 CENTAVOS****

DATE 07-05-16    CHECK NO. 1163    AMOUNT $87.50

PAY TO THE ORDER OF    ELVIN ENCARNACION

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001163⑈ ⑆071502116⑆ 035⑈38116 7⑈

# AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, PR. 00902-1216

001145

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | ALGARIN, J | | RATE 12.750 | | |
| BONO | .00 | 280.00 | FICA | 46.69 | 46.69 | 07/06/16 |
| VAC - SICK | .00 | 473.03 | MEDICARE | 10.92 | 10.92 | |
| | | | PR State W/ | 23.65 | 23.65 | |
| | | | PR State DI | 1.51 | 1.51 | 753.03 |
| | | | | | | 82.77 |

| CHECK DATE | CHECK NUMBER | EARN TOTALS YTD | | 753.03 | 670.26 |
|------------|--------------|-----------------|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.



AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
216

001145

P.O. BOX 9021216, SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

*SIX HUNDRED SEVENTY DOLLARS AND 26 CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/05/16 | 001145 | *******670.26* |

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

PAY TO THE ORDER OF

JUAN R ALGARIN
VILLA GRACIELA
A-3 CALLE C. FERNANDEZ
JUNCOS        PR 00777

⑈001145⑈ ⑆021502011⑈ 035⑈38116711⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMT | DEDUCTION | BALANCE |
|------|-------------|-------------|-------------|-----------|---------|
| | OSORIO, D | RATE 10.650 | | | |
| | BONO .00 | 280.00 FICA | 35.62 | 35.62 | 07/06/16 |
| | VAC - SICK .00 | 294.47 MEDICARE | 8.33 | 8.33 | |
| | | PR State W/ | 14.72 | 14.72 | |
| | | | | | 574.47 |
| | | | | | 58.67 |
| CHECK DATE | CHECK NUMBER | EARTOTALSTD | | 574.47 | 515.80 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.



AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, PR 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
216

001146

*FIVE HUNDRED FIFTEEN DOLLARS AND 80 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 001146 | *******515.80* |

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

PAY TO THE ORDER OF

DANIEL OSORIO
HC-01 BOX 11128
Carolina        PR 00985

⑈001146⑈ ⑆0215080116 035⑈38116 7⑈



AMERICAN AGENCIES CO., INC.   P.O. BOX 9021216, SAN JUAN PR. 00902-1216

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT | | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|---|
| ROSARIO, P | | | | RATE | 9.700 | | |
| BOND | .00 | 239.32 | FICA | 24.73 | | 24.73 | 07/06/16 |
| VAC - SICK | .00 | 159.57 | MEDICARE | 5.78 | | 5.78 | |
| | | | PR State W/ | 7.98 | | 7.98 | |
| | | | PR State DI | .80 | | .80 | |
| | | | | | | | 398.89 |
| | | | | | | | 39.29 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| | | | | 398.89 | 359.60 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.   STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101-201
216

001147

*THREE HUNDRED FIFTY NINE DOLLARS AND 60 CENTS*

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 07/05/16 | 001147 | *******359.60* |

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

PAY
TO THE
ORDER
OF

PASCUAL ROSARIO
HC-01 BOX 13078
Carolina   PR 00987

⑊001147⑊ ⑊021502116⑊ 035⑊38116⑊

| DATE | INVOICE NO. | | DESCRIPTION | | INVOICE AMT. RATE | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|---|
| | CASTRO,L | | | | 11.100 | | |
| BONO | | .00 | 280.00 | FICA | 43.86 | 43.86 | 07/06/16 |
| VAC. SICK | | .00 | 427.35 | MEDICARE | 10.26 | 10.26 | |
| | | | | PR State W/ | 21.37 | 21.37 | |
| | | | | | | | 707.35 |
| | | | | | | | 75.49 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD / TOTALS | | 707.35 | 631.86 |
|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**STEEL PRODUCTS**

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

**001148**

*SIX HUNDRED THIRTY ONE DOLLARS AND 86 CENTS*

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 07/05/16 | 001148 | *******631.86* |

PAY TO THE ORDER OF

LUIS CASTRO
LA CENTRAL
CALLE 2 PARCELA 98
CANOVANAS    PR 00729

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑃001148⑃ ⑃021502011⑃ 035ⅲ381147ⅲ

Case 1:07-cv-02022-JC    Doc#192    Filed:10/27/16    Entered:10/27/16 12:21:55    Desc: Main
Document    Page 38 of 146

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

001149

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT RATE | DEDUCTION | BALANCE |
|------|-------------|-------------|------|-----------|---------|
| QUINONES, L | | | 10.350 | | |
| BOND | .00 | 280.00 | FICA | 37.57 | 37.57 | 07/06/16 |
| VAC - SICK | .00 | 326.03 | MEDICARE | 8.79 | 8.79 | |
| | | | PR State W/ | 16.30 | 16.30 | |
| | | | | | | 606.03 |
| | | | | | | 62.66 |

| CHECK DATE | CHECK NUMBER | EARNINGS TD TOTALS | | 606.03 | 543.37 |
|------------|--------------|--------------------|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL SAN JOSE
101 - 201
216

001149

*FIVE HUNDRED FORTY THREE DOLLARS AND 37 CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/05/16 | 001149 | *******543.37* |

PAY TO THE ORDER OF

LUIS A QUINONES
COND. EL REMANSO ELDERLE
APTO. 312
CAROLINA       PR 00987

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001149⑈ ⑈02150201⑈ 035⑈3811697⑈

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT | | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|---|
| FLORES, N | | | | RATE | 10.550 | | |
| BOND | .00 | 273.82 | FICA | | 41.68 | 41.68 | 07/06/16 |
| VAC - SICK | .00 | 398.40 | MEDICARE | | 9.75 | 9.75 | |
| | | | PR State W/ | | 19.92 | 19.92 | |
| | | | | | | | 672.30 |
| | | | | | | | 71.35 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| | | | | | 672.30 | 600.95 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

**001150**

*SIX HUNDRED DOLLARS AND 95 CENTS

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 07/05/16 | 001150 | ******600.95* |

PAY TO THE ORDER OF

NATHANAEL FLORES
HC-03 BOX 7249
CANOVANAS    PR 00729

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT | | DEDUCTION | BALANCE |
|------|-------------|--|-------------|----------------|--|-----------|---------|
| GONZALEZ, J | | | | RATE | 9.250 | | |
| BONO | | .00 | 181.25 | FICA | 36.53 | 36.53 | 07/06/16 |
| VAC - SICK | | .00 | 407.93 | MEDICARE | 8.54 | 8.54 | |
| | | | | PR State W/ | 20.40 | 20.40 | |
| | | | | PR State DI | 1.18 | 1.18 | |
| | | | | | | | 589.18 |
| | | | | | | | 66.65 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | | DEDUCTION | BALANCE |
|------------|--------------|--------------|--------|--|-----------|---------|
| | | | | | 589.18 | 522.53 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101-201
215

**001151**

*FIVE HUNDRED TWENTY TWO DOLLARS AND 53 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 001151 | *******522.53* |

PAY TO THE ORDER OF

JOSE A GONZALEZ
HC-01 BOX 2136
LOIZA     PR 00772

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001151⑈ ⑆021502011⑆ 035⑈38116 7⑈

001152

| DATE | INVOICE NO. | | DESCRIPTION | | INVOICE AMOUNT | RATE | DEDUCTION | BALANCE |
|------|-------------|---|-------------|---|----------------|------|-----------|---------|
| | CORTES, J | | | | | | 8,400 | |
| BONO | | .00 | 145.52 | FICA | | 14.67 | 14.67 | 07/06/16 |
| VAC - SICK | | .00 | 91.14 | MEDICARE | | 3.43 | 3.43 | |
| | | | | PR State W/ | | 4.56 | 4.56 | |
| | | | | | | | | 236.66 |
| | | | | | | | | 22.66 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | | DEDUCTION | BALANCE |
|------------|--------------|--------------|--------|---|-----------|---------|
| | | | | | 236.66 | 214.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101-201
215

**001152**

\*TWO HUNDRED FOURTEEN DOLLARS AND NO CENTS

| DATE | CHECK NO. | | AMOUNT |
|------|-----------|---|--------|
| 07/05/16 | 001152 | \*\*\*\*\*\*\*214.00\* | |

PAY
TO THE
ORDER
OF

JUAN C. CORTES
HC-01 BOX 11372
Carolina      PR 00985

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001152⑈ ⑈021502011⑈ 035⑈18115⑈

| DATE | INVOICE NO. | | DESCRIPTION | | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|---|
| | MARQUEZ C | | | RATE | 0.100 | | |
| | BONO | .00 | 260.36 | FICA | 29.41 | 29.41 | 07/06/16 |
| | VAC - SICK | .00 | 213.94 | MEDICARE | 6.88 | 6.88 | |
| | | | | PR State W/ | 10.70 | 10.70 | |
| | | | | | | | 474.30 |
| | | | | | | | 46.99 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 474.30 | 427.31 |
|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**STEEL PRODUCTS**

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
216

**001153**

*FOUR HUNDRED TWENTY SEVEN DOLLARS AND 31 CENTS*

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 07/05/16 | 001153 | ********427.31* |

PAY
TO THE
ORDER
OF

CARLOS A MARQUEZ
PARCELAS FALU CALLE 41
#166 INTERIOR
San Juan        PR 00924

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

⑈001153⑈ ⑉021502116 035⑈3811⑈7⑈

AMERICAN AGENCIES CO., INC.
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

001154

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| CARRION, E | | | RATE 8.000 | | |
| BONO | .00 | 117.54 | FICA | 21.52 | 21.52 | 07/06/16 |
| VAC - SICK | .00 | 229.60 | MEDICARE | 5.03 | 5.03 |
| | | | PR State W/ | 11.48 | 11.48 |
| | | | PR State DI | .69 | .69 |
| | | | | | 347.14 |
| | | | | | 38.78 |

| CHECK DATE | CHECK NUMBER | EARNINGS STD TOTALS | | 347.14 | 308.42 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.



AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001154

*THREE HUNDRED EIGHT DOLLARS AND 42 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 001154 | *******308.42* |

PAY TO THE ORDER OF

EDGARDO CARRION
2024 CALLE EDUARDO CUEVAS
VILLA GRILLASCA
Ponce          PR 00716

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈001154⑈ ⑈021502011⑈ 035⑈38116?⑈

**AMERICAN AGENCIES CO., INC.**  PO. BOX 9021216, SAN JUAN, PR. 00902-1216

001155

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT | | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|---|
| | ORTIZ FARGAS, J | | | RATE | 7.500 | | |
| | BONO | .00 | 95.07 | FICA | 12.73 | 12.73 | 07/06/16 |
| | VAC - SICK | .00 | 110.25 | MEDICARE | 2.98 | 2.98 | |
| | | | | PR State W/ | 5.51 | 5.51 | |
| | | | | PR State DI | .41 | .41 | 205.32 |
| | | | | | | | 21.63 |
| CHECK DATE | | CHECK NUMBER | EARNINGS YTD TOTALS | | | 205.32 | 183.69 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS:

---

AMERICAN AGENCIES CO., INC.    STEEL PRODUCTS    BANCO POPULAR SUCURSAL, SAN JOSE    001155
101 - 201
215
P.O. BOX 9021216, SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

*ONE HUNDRED EIGHTY THREE DOLLARS AND 69 CENTS

DATE            CHECK NO.              AMOUNT
07/05/16        001155      *******183.69*

PAY TO THE ORDER OF    JUAN ORTIZ FARGAS
PO BOX 977 SAINT JUST STATION
St Just       PR 00978

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001155⑈  ⑆021502011⑆  035⑈38116 7⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | RATE | | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|------|---|-----------|---------|
| | MOLINA MUJICA, M | | | | 8.000 | | |
| | BONO | .00 | 89.86 | FICA | 23.47 | 23.47 | 07/06/16 |
| | VAC - SICK | .00 | 288.75 | MEDICARE | 5.49 | 5.49 | |
| | | | | PR State W/ | 14.44 | 14.44 | |
| | | | | PR State DI | .76 | .76 | |
| | | | | | | | 378.61 |
| | | | | | | | 44.16 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | DEDUCTION 378.61 | BALANCE 334.45 |
|------------|--------------|---------------------|--|------------------|----------------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.



STEEL PRODUCTS

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL SAN JOSE
101 - 201
215

001156

*THREE HUNDRED THIRTY FOUR DOLLARS AND 45 CENTS

DATE 07/05/16     CHECK NO. 001156     AMOUNT *******334.45*

PAY TO THE ORDER OF

MIGUEL MOLINA MUJICA
PO BOX 534
Canovanas     PR 00729

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001156⑈ ⑈0115020115 036⑈38116⑈

AMERICAN AGENCIES CO., INC.    P.O. BOX 9021216, SAN JUAN, PR 00902-1216    **001157**

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| COTTO CRUZ |  |  | RATE 7.250 |  |  |
| BONO | .00 | 96.50 | FICA | 12.28 | 12.28 | 07/06/16 |
| VAC SICK | .00 | 101.50 | MEDICARE | 2.87 | 2.87 |  |
|  |  |  | PR State W/ | 5.08 | 5.08 |  |
|  |  |  | PR State DI | .40 | .40 | 198.00 |
|  |  |  |  |  |  | 20.63 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS |  | 198.00 | 177.37 |
|------------|--------------|---------------------|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**    STEEL PRODUCTS    BANCO POPULAR SUCURSAL, SAN JOSE    **001157**
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

\*ONE HUNDRED SEVENTY SEVEN DOLLARS AND 37 CENTS

DATE 07/05/16    CHECK NO. 001157    AMOUNT \*\*\*\*\*\*\*177.37\*

PAY TO THE ORDER OF
LUIS COTTO CRUZ
HC-02 BOX 17588
Rio Grande    PR 00745

NON - NEGOTIABLE
AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈001157⑈ ⑈021502011⑈ 035⑈381157⑈

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, PR. 00902-1216

001158

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMT. RATE | DEDUCTION | BALANCE |
|------|-------------|-------------|-------------------|-----------|---------|

PASTRANA CINTRO, R.                                         7.030

| | | | | | |
|---|---|---|---|---|---|
| BONO | .00 | 97.41 | FICA | 9.82 | 9.82 | 07/06/16 |
| VAC - SICK | .00 | 60.90 | MEDICARE | 2.30 | 2.30 | |
| | | | PR State W/ | 3.05 | 3.05 | |
| | | | PR State DI | .32 | .32 | 158.31 |
| | | | | | | 15.49 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 158.31 | 142.82 |
|------------|--------------|---------------------|---|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001158

*ONE HUNDRED FORTY TWO DOLLARS AND 82 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 001158 | *******142.82* |

PAY TO THE ORDER OF

ROBERTO PASTRANA CINTRO
PO BOX 1263
Canovanas      PR 00729

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

⑆001158⑆  ⑆021502011⑆  035⸰38116⁊⑆



| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMT. RATE | DEDUCTION | BALANCE |
|------|-------------|-------------|-------------------|-----------|---------|
| PEREZ, L | | | | | |
| Regular | .00 | .00 | FICA | 43.61 | 564.49 | 07/06/16 |
| Overtime | .00 | .00 | MEDICARE | 10.20 | 132.09 | |
| FERIADO-VAC | .00 | .00 | PR State W/ | 21.17 | 201.92 | |
| BONO | .00 | 200.00 | PR State DI | 1.20 | 18.09 | |
| VAC - SICK | .00 | 423.33 | HOSP | .00 | | 703.33 |
| | | | UNION | .00 | | |
| | | | | | | 76.18 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD / TOTALS | | DEDUCTION | BALANCE |
|------------|--------------|-----------------------|--|-----------|---------|
| | | 9,103.21 | | | 627.15 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001159

*SIX HUNDRED TWENTY SEVEN DOLLARS AND 15 CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/05/16 | 001159 | *******627.15* |

PAY TO THE ORDER OF

LUIS E PEREZ
HC-03 BOX 12625
Carolina     PR 00987

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001159⑈ ⑆021502111⑆ 035⑈38116⑈

AMERICAN AGENCIES CO., INC. · Filed:10/27/16 · Entered:10/27/16 12:21:55 · Desc Main Document · Page 49 of 146
P.O. BOX 9021216, SAN JUAN PR 00902-1216
001160U



| DATE | INVOICE NO. | | DESCRIPTION | | INVOICE AMNT RATE | | DEDUCTION | BALANCE |
|------|-------------|---|-------------|---|------|---|-----------|---------|

| | | | | | | 3.000 | | |
| Regular | .00 | .00 | FICA | | 41.82 | | 478.94 | 07/06/16 |
| FERIADO-VAC | .00 | .00 | MEDICARE | | 9.78 | | 112.07 | |
| BONO | .00 | 277.64 | PR State W/ | | 19.85 | | 110.98 | |
| VAC - SICK | .00 | 396.90 | CHOF | | .00 | | | |
| OTRO PAGO | .00 | .00 | HOSP | | | .00 | | 674.54 |
| | | | UNION | | | .00 | | |
| | | | | | | | | 71.45 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | 7,723.79 | 603.09 |
|------------|--------------|--------------------|----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

STEEL PRODUCTS

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL SAN JOSE
101 - 201
215

001160

*SIX HUNDRED THREE DOLLARS AND 9 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 001160 | *******603.09* |

PAY TO THE ORDER OF

LUIS R CEPEDA
PARCELAS FALU
253-C CALLE 45-A
San Juan       PR 00924

AUTHORIZED SIGNATURE

NON-NEGOTIABLE

AUTHORIZED SIGNATURE

⑈001160⑈ ⑆021502011⑆ 035⑈38116⑆

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMT | | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|---|
| ENCARNACION | | | | RATE | 8.108 | | |
| Regular | .00 | .00 | FICA | | 36.17 | 406.53 | 07/06/16 |
| FERIADO-VAC | .00 | .00 | MEDICARE | | 8.46 | 95.10 | |
| BONO | .00 | 237.46 | PR State W/ | | 17.29 | 37.77 | |
| VAC - SICK | .00 | 345.87 | PR State DI | | 1.17 | 13.16 | |
| | | | UNION | | .00 | | 583.33 |
| | | | | | | | 63.09 |
| CHECK DATE | CHECK NUMBER | | EARNINGS YTD TOTALS | | | 6,557.08 | 520.24 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL SAN JOSE
101 - 201
215

001161

*FIVE HUNDRED TWENTY DOLLARS AND 24 CENTS

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 07/05/16 | 001161 | *******520.24* |

PAY TO THE ORDER OF

ELVIN ENCARNACION
HC-03 12434
Carolina     PR 00987

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001161⑈ ⑆021502011⑆ 035⑈38116 7⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|--|-----------|---------|
| | | BONO .00 193.98 | FICA | 28.94 | 28.94 | 07/06/16 |
| | | VAC SICK .00 282.80 | MEDICARE | 6.77 | 6.77 | |
| | | | PR State W/ | 14.14 | 14.14 | 466.78 |
| | | | | | | 49.85 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 466.78 | 416.93 |
|------------|--------------|---------------------|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL SAN JOSE
101 - 201
215

001162

*FOUR HUNDRED SIXTEEN DOLLARS AND 93 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 001162 | ******416.93* |

PAY TO THE ORDER OF

HECTOR OCASIO PIZARRO
VILLA CAROLINA
116-16 CALLE 74
Carolina      PR 00985

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

⑈001162⑈ ⑈021502115 035⑈38116⑈

INC. 000418
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|
| XX111 | BECA DE ESTUDIOS SEGUN ARTICULO DEL CONVENIO COLECTIVO. | $140.00 | | $140.00 |

NEW STEEL, INC.

| 07-01-16 | CHECK NUMBER 418 | TOTALS | $140.00 | | $140.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

NEW STEEL, INC.

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE

000418

101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

****CIENTO CUARENTA DOLARES CON 00 CENTAVOS****

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | -7-01-16 | 418 | $150.00 |

JOEL BIRRIEL

AUTHORIZED SIGNATURE MP

NON – NEGOTIABLE

AUTHORIZED SIGNATURE MP

⑈000418⑈ ⑆021502011⑆ 035⑈381171⑈

EW STEEL, INC.    P.O. BOX 9021216, SAN JUAN, PR. 00902-1216    000426

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | CARRASQUILLO, A | RATE    10.950 | | | |
| | | | | | |
| BONO    .00    210.00 | FICA | 115.67 | 115.67 | 07/05/16 |
| VAC  SICK    .00  1,655.64 | MEDICARE | 27.05 | 27.05 | |
| | PR  State W/ | 82.78 | 82.78 | |
| | PR  State DI | 3.73 | 3.73 | 1,865.64 |
| | | | | | |
| | | | | 229.23 |

*NEW STEEL, INC.*

\* BONO, VAC, SICK + RETIRO \*

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | **TOTALS** | 1,865.64 | 1,636.41 |
|------------|--------------|--------------|------------|----------|----------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**    JOISTS AND STRUCTURAL STEEL    BANCO POPULAR
SUCURSAL, SAN JOSE    **000426**    101-201  215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

\*ONE THOUSAND SIX HUNDRED THIRTY SIX DOLLARS AND 41 CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 07/05/16 | 000426 | \*\*\*\*\*1,636.41\* |

PAY
TO THE
ORDER
OF

ANDRES CARRASQUILLO
PO BOX 20000 P.M.B 351
Canovanas    PR 00729

NON – NEGOTIABLE

AUTHORIZED SIGNATURE    MP
AUTHORIZED SIGNATURE    MP

⑈000426⑈  ⑆021502011⑆  035⑈38119⑈

7-7-16

**INC.**
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

000427

| VOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|
| | RATE    9.600 | | | |
| .00    210.00 | FICA | 34.69 | 34.69 | 07/05/16 |
| SICK    .00    349.44 | MEDICARE | 8.11 | 8.11 | |
| | PR  State W/ | 17.47 | 17.47 | |
| | PR  State DI | 1.12 | 1.12 | 559.44 |
| | | | | 61.39 |

| CHECK NUMBER | EARNINGS/TOTALS YTD | | 559.44 | 498.05 |
|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

W STEEL, INC.

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE

000427  101-201 2/5

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*FOUR HUNDRED NINETY EIGHT DOLLARS AND 5 CENTS

DATE 07/05/16   CHECK NO. 000427   AMOUNT *******498.05*

ISAAC NORIUS
APARTADO 527 BO. CENTENIA II
Cidra        PR 00739

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

⑈000427⑈ ⑈021502011⑈ 035⑈38119⑈

I.S.S A°PCS

Julio 8, 2016.

NEW STEEL, INC.                                                                    000428

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | HERNANDEZ, W | RATE 10.900 | | | |
| | BOND | .00 | 210.00 | FICA | 39.51 | 39.51 | 07/05/16 |
| | VAC - SICK | .00 | 427.28 | MEDICARE | 9.24 | 9.24 | |
| | | | PR State W/ | 21.36 | 21.36 | |
| | | | PR State DI | 1.27 | 1.27 | |
| | | | | | 637.28 |
| | | | | | 71.38 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD / TOTALS | | DEDUCTION | BALANCE |
|------------|--------------|------------------------|--|-----------|---------|
| | | | | 637.28 | 565.90 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**     JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE     **000428**     101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*FIVE HUNDRED SIXTY FIVE DOLLARS AND 90 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000428 | *******565.90* |

PAY TO THE ORDER OF

WILLIAM HERNANDEZ
HC-02 BOX 13602
Aguas Buenas   PR 00703-9608

AUTHORIZED SIGNATURE

NON - NEGOTIABLE     MP

AUTHORIZED SIGNATURE     MP

⑆000428⑆ ⑈021502011⑈ 035"381191"

JULIO 8-16

**STEEL, INC.**
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

000429

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| SERRANO, M | | | RATE   11.100 | | |
| BONO | .00 | 210.00 | FICA | 25.30 | 25.30 | 07/05/16 |
| VAC - SICK | .00 | 198.14 | MEDICARE | 5.92 | 5.92 | |
| | | | PR State W/ | 9.91 | 9.91 | |
| | | | PR State DI | .82 | .82 | |
| | | | | | 408.14 |
| | | | | | 41.95 |

I NEW STEEL, INC. I

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | 408.14 | 366.19 |
|------------|--------------|--------------|--------|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

I **NEW STEEL, INC.** I    JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE    **000429**   101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*THREE HUNDRED SIXTY SIX DOLLARS AND 19 CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 07/05/16 | 000429 | *******366.19* |

**PAY** TO THE ORDER OF

MIGUEL A SERRANO
RR-8 BOX 9533
Bayamon        PR 00956

MP

**NON - NEGOTIABLE**
AUTHORIZED SIGNATURE

MP

⑈000429⑈ ⑆021502011⑆ 035⑈381191⑈

Miguel angel Serrano Baez

7/11/2016

EW STEEL, INC.  P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216                    000430

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
|      |             | TORRES RAMOS, A | RATE  12.100 |  |  |
|      | BONO | .00  210.00 | FICA  40.33 | 40.33 | 07/05/16 |
|      | VAC - SICK | .00  440.44 | MEDICARE  9.43 | 9.43 |  |
|      |  |  | PR State W/  22.02 | 22.02 |  |
|      |  |  | PR State DI  1.30 | 1.30 | 650.44 |
|      |  |  |  |  | 73.08 |

NEW STEEL, INC.

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | **TOTALS** | | 650.44 | 577.36 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE      **000430**    101-201-216

P.O. BOX 9021216  SAN JUAN, P.R.  00902-1216
Tel. (787) 758-6300

*FIVE HUNDRED SEVENTY SEVEN DOLLARS AND 36 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000430 | *******577.36* |

PAY
TO THE
ORDER
OF

ANGEL L TORRES RAMOS
RR-03 BOX 10410-5
Toa Alta      PR 00953-8030

AUTHORIZED SIGNATURE      MP

NON - NEGOTIABLE
AUTHORIZED SIGNATURE      MP

⑈000430⑈ ⑆021502⑈⑈ 035⑈38119⑈

Angel Luis Torres Ramos

EW STEEL, INC.  
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| | FEBRES, J | | | RATE  11.400 | | |
| | BONO | .00 | 810.00 | FICA | 26.87 | 26.87 | 07/05/16 |
| | VAC - SICK | .00 | 223.44 | MEDICARE | 6.28 | 6.28 | |
| | | | | PR State W/ | 11.17 | 11.17 | |
| | | | | PR State DI | .87 | .87 | 433.44 |
| | | | | | | | 45.19 |

| CHECK DATE | CHECK NUMBER | EARTOTALSTD | | 433.44 | 388.25 |
|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216  
Tel. (787) 758-6300

BANCO POPULAR  
SUCURSAL, SAN JOSE **000431**

101-201  
216

*THREE HUNDRED EIGHTY EIGHT DOLLARS AND 25 CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 07/05/16 | 000431 | ******388.25* |

PAY TO THE ORDER OF

JULIO C FEBRES  
CALLE 12, L24 LAGO DE LA PLATA  
LEVITTOWN  
Toa Baja        PR 00949

NON - NEGOTIABLE

AUTHORIZED SIGNATURE  
AUTHORIZED SIGNATURE

⑈000431⑈ ⑈021502011⑈ 035⑈38119⑈

---

Julio César Febres

7/7/16

**NEW STEEL, INC.**
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

000432

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMT | DEDUCTION | BALANCE |
|------|-------------|-------------|-------------|-----------|---------|
| | VELAZQUEZ, J | RATE 12.150 | | | |

| | | | | | |
|------|------|------|------|------|------|
| Regular | .00 | .00 | FICA | 40.70 | 440.35 | 07/05/16 |
| Overtime | .00 | .00 | MEDICARE | 9.52 | 103.02 | |
| FERIADO-VAC | .00 | .00 | PR State W/ | 22.33 | 188.89 | |
| BONO | .00 | .00 | PR State DI | 1.31 | 14.13 | |
| VAC - SICK | .00 | 446.51 | DISABILITY | .00 | | 656.51 |
| OTRO PAGO | .00 | .00 | HOSP | .00 | | |
| | | | UNION | .00 | | |
| | | | | | 73.86 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | DEDUCTION | BALANCE |
|------------|--------------|---------------------|--|-----------|---------|
| | | | | 7,102.09 | 582.65 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

000432

101-201
215

*FIVE HUNDRED EIGHTY TWO DOLLARS AND 65 CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/05/16 | 000432 | *******582.65* |

PAY TO THE ORDER OF

JORGE L VELAZQUEZ
HC-01 BOX 11829
Carolina          PR 00987

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE          MP

⑈000432⑈ ⑊021502⑈⑈ 015⑈38117⑈⑈

*Jorge L Velazquez Nestro'la*

*Julio 8  2016*

EW STEEL, INC.    000433

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|

LAJARA, J    RATE    11.900

BONO        .00    210.00    FICA        131.81    131.81    07/05/16
VAC - SICK  .00  1,915.90    MEDICARE     30.83     30.83
                            PR State W/   95.80     95.80
                            PR State DI    4.25      4.25    2,125.90

                                                            262.69

* BONO, VAC, SICK + RETIRO *

| CHECK DATE | CHECK NUMBER | EARN TOTALS YTD | | 2,125.90 | 1,863.21 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**    JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE    **000433**    101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*ONE THOUSAND EIGHT HUNDRED SIXTY THREE DOLLARS AND 21 CENTS*

DATE          CHECK NO.        AMOUNT
07/05/16      000433      *****1,863.21*

PAY
TO THE
ORDER
OF

JOSE J LAJARA
URB. LOIZA VALLEY
T731 CALLE CAROLA
Canovanas      PR 00729

NON - NEGOTIABLE

AUTHORIZED SIGNATURE    MP
AUTHORIZED SIGNATURE    MP

⑈000433⑈ ⑆021502111⑆ 035⑈381191⑈



| DATE | INVOICE NO. | | DESCRIPTION | | INVOICE AMOUNT | RATE 11,600 | DEDUCTION | BALANCE |
|------|-------------|---|-------------|---|----------------|------|-----------|---------|
| | TANCO MILLAN, R | | | | | | | |
| BONO | | .00 | 210.00 | FICA | | 24.85 | 24.85 | 07/05/16 |
| VAC - SICK | | .00 | 190.82 | MEDICARE | | 5.81 | 5.81 | |
| | | | | PR State W/ | | 9.54 | 9.54 | |
| | | | | PR State DI | | .80 | .80 | 400.82 |
| | | | | | | | | 41.00 |

| CHECK DATE | | CHECK NUMBER | | EARNINGS TOTALS YTD | | 400.82 | 359.82 |
|------------|---|--------------|---|----------------|---|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**   JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE   **000434**   101-201 215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*THREE HUNDRED FIFTY NINE DOLLARS AND 82 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000434 | *******359.82* |

PAY
TO THE
ORDER
OF

RAFAEL TANCO MILLAN
RES. SABANA BAJO
EDIF. 55  APTO. 432
Carolina       PR 00985

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE   MP

⑈000434⑈ ⑈021502011⑈ 035⑈38119⑈

Rafael Tanco
7/7/2016

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | | DEDUCTION | BALANCE |
|------|-------------|-------------|--------|--|-----------|---------|
| DELGADO, S | | | RATE | 11.450 | | |
| BONO | .00 | 210.00 | FICA | 40.85 | 40.85 | 07/05/16 |
| VAC - SICK | .00 | 448.84 | MEDICARE | 9.55 | 9.55 | |
| | | | PR State W/ | 22.44 | 22.44 | |
| | | | PR State DI | 1.32 | 1.32 | 658.84 |
| | | | | | | 74.16 |

| CHECK DATE | CHECK NUMBER | EAR TOTALS TD | | 658.84 | 584.68 |
|------------|--------------|----------------|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE **000435**

101-201
215

*FIVE HUNDRED EIGHTY FOUR DOLLARS AND 68 CENTS*

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000435 | ********584.68* |

PAY
TO THE
ORDER
OF

SANTOS DELGADO
HC-03 BOX 12654
Carolina     PR 00987-9602

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑆000435⑆ ⑆021502011⑆ 035⑈38119⑈

_Santos Delgado C_

_7/7/2016_

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | RODRIGUEZ, A | | RATE 10.550 | | |
| | | | | | |
| BONO | .00 | 210.00 | FICA | 20.80 | 20.80 | 07/05/16 |
| VAC - SICK | .00 | 125.55 | MEDICARE | 4.87 | 4.87 | |
| | | | PR State W/ | 6.28 | 6.28 | |
| | | | PR State DI | .67 | .67 | 335.55 |
| | | | | | | |
| | | | | | | 32.62 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 335.55 | 302.93 |
|------------|--------------|---------------------|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

**JOISTS AND STRUCTURAL STEEL**

BANCO POPULAR
SUCURSAL, SAN JOSE  **000436**
101-201
216

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*THREE HUNDRED TWO DOLLARS AND 93 CENTS

| DATE | CHECK NO. | | AMOUNT |
|------|-----------|--|--------|
| 07/05/16 | 000436 | ********302.93* | |

PAY
TO THE
ORDER
OF

ANGEL M RODRIGUEZ
HC-03 BOX 12342
Carolina     PR 00987

AUTHORIZED SIGNATURE     MP

**NON - NEGOTIABLE**     MP

AUTHORIZED SIGNATURE

⑈000436⑈ ⑉021502011⑉ 035⑈38119⑈

*Santiago Rivera*

*7-11-16*

EW STEEL, INC.
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

000437

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT RATE | DEDUCTION | BALANCE |
|------|-------------|-------------|---------------------|-----------|---------|
| | | BIRRIEL, A | 10. 900 | | 07/05/16 |
| | | BONO .00 210.00 FICA | 22.48 | 22.48 | |
| | | VAC + SICK .00 152.60 MEDICARE | 5.26 | 5.26 | |
| | | PR State W/ | 7.63 | 7.63 | 362.60 |
| | | PR State DI | .73 | .73 | |
| | | | | | 36.10 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 362.60 | 326.50 |
|------------|--------------|---------------------|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

**000437**

101-201
215

*THREE HUNDRED TWENTY SIX DOLLARS AND 50 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000437 | *******326.50* |

PAY
TO THE
ORDER
OF

ALFREDO BIRRIEL
HC-03 12521
Carolina      PR 00987

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

MP
MP

⑈000437⑈ ⑆021502116 035⑈38141⑈

7-7-2016

EW STEEL, INC.   P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216   000438

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| ORTIZ, R | | RATE 11.250 | | | |
| BONO | .00 | 210.00 | FICA | 40.36 | 40.36 | 07/05/16 |
| VAC - SICK | .00 | 441.00 | MEDICARE | 9.44 | 9.44 | |
| | | | PR State W/ | 22.05 | 22.05 | |
| | | | PR State DI | 1.30 | 1.30 | 651.00 |
| | | | | | | 73.15 |

| CHECK DATE | CHECK NUMBER | EARTOTALS YTD | | 651.00 | 577.85 |
|------------|--------------|---------------|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**   JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE   **000438**   101-201 215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

\*FIVE HUNDRED SEVENTY SEVEN DOLLARS AND 85 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000438 | \*\*\*\*\*\*\*577.85\* |

PAY TO THE ORDER OF

RAUL ORTIZ
HC-03 BOX 12241
Carolina     PR 00987

AUTHORIZED SIGNATURE   MP

**NON - NEGOTIABLE**

AUTHORIZED SIGNATURE   MP

⑈000438⑈ ⑈0715020118 035⑈38114⑈

7-8-2016

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | | PEREZ, J | RATE | 10.600 | |
| | | BONO | .00 | 210.00 | FICA | 32.34 | 32.34 | 07/05/16 |
| | | VAC SICK | .00 | 311.64 | MEDICARE | 7.56 | 7.56 | |
| | | | | | PR State W/ | 15.58 | 15.58 | |
| | | | | | PR State DI | 1.04 | 1.04 | |
| | | | | | | | | 521.64 |
| | | | | | | | | 56.52 |
| CHECK DATE | | CHECK NUMBER | EARNINGS YTD **TOTALS** | | 521.64 | 465.12 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216.
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

**000439**

101-201
216

*FOUR HUNDRED SIXTY FIVE DOLLARS AND 12 CENTS*

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000439 | *******465.12* |

PAY
TO THE
ORDER
OF

JOE M PEREZ
LOIZA VALLEY
Q-264 CALLE CANARIO
CANOVANAS    PR 00729

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

MP
MP

⑆000439⑆ ⑈021502011⑈ 035⑈3811791⑈

*Joe M. Perz Calderon  787-256-7263*

*7/7/2016*

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| NEGRON, P | | | RATE   10.800 | | |
| BONO | .00 | 210.00 | FICA | 24.27 | 24.27 | 07/05/16 |
| VAC -- SICK | .00 | 181.44 | MEDICARE | 5.68 | 5.68 | |
| | | | PR  State W/ | 9.07 | 9.07 | |
| | | | PR  State DI | .78 | .78 | |
| | | | | | | 391.44 |
| | | | | | | 39.80 |

| CHECK DATE | CHECK NUMBER | EARN **TOTALS** YTD | | 391.44 | 351.64 |
|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

**JOISTS AND STRUCTURAL STEEL**

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

**000440**

101-201
215

*THREE HUNDRED FIFTY ONE DOLLARS AND 64 CENTS

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 07/05/16 | 000440 | *******351.64* |

PAY TO THE ORDER OF

PEDRO R NEGRON
URB COUNTRY CLUB
1112 JAMES BOND
San Juan        PR 00914-3445

NON - NEGOTIABLE

AUTHORIZED SIGNATURE   MP
AUTHORIZED SIGNATURE   MP

⑈000440⑈ ⑆021502011⑆ 035⑈38111⑈

*Pedro P. Neg*

7-7-~~58~~ 2016

# NEW STEEL, INC.



| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | | RIVERA BATISTA , S | RATE 10.700 | | |
| | | | | | |
| Regular | .00 | .00 | FICA 33.45 | 457.32 | 07/05/1 |
| Overtime | .00 | .00 | MEDICARE 7.82 | 106.90 | |
| FERIADO-VAC | .00 | .00 | PR State w/ 16.48 | 25.29 | |
| BONO | .00 | 120.00 | PR State DI 1.08 | 14.68 | |
| VAC - SICK | .00 | 329.55 | DISABILITY .00 | | 539.5 |
| OTRO PAGO | .00 | .00 | HOSP .00 | | |
| | | | TRANS - LIFE .00 | | |
| | | | UNION .00 | | 58.8 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 7,376.86 | 480.7 |
|------------|--------------|---------------------|--|----------|-------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

# NEW STEEL, INC.

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE

**000441**

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

\*FOUR HUNDRED EIGHTY DOLLARS AND 73 CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/05/16 | 000441 | \*\*\*\*\*\*\*480.73\* |

PAY TO THE ORDER OF

SANTIAGO RIVERA BATISTA
P.M.B 164, 390 CARR. 853
Carolina      PR 00984

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

⑈000441⑈ ⑆021502111⑈ 035⑈381191⑈

Santiago Rivera

7-11-16

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| | FUENTES, J | | RATE    10,700 | | |
| | BONO | .00    210.00 | FICA    39.03 | 39.03 | 07/05/16 |
| | VAC - SICK | .00    419.44 | MEDICARE    9.13 | 9.13 | |
| | | | PR  State W/    20.97 | 20.97 | |
| | | | PR  State DI    1.26 | 1.26 | 629.44 |
| | | | | | 70.39 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | 629.44 | 559.05 |
|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216  SAN JUAN, P.R.  00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE      **000442**      101-201
215

*FIVE HUNDRED FIFTY NINE DOLLARS AND 5 CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 07/05/16 | 000442 | *******559.05* |

PAY TO THE ORDER OF

JULIO E FUENTES
COND. PONTEZUELA
EDIF. B-6  APT. 2-F
CAROLINA      PR 00983

AUTHORIZED SIGNATURE    MP

NON - NEGOTIABLE    MP
AUTHORIZED SIGNATURE

⑈000442⑈ ⑆021502011⑆ 035⑈381171⑈

Julio Fuentes  7-8-16

EW STEEL, INC. P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216 000443

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | GONZALEZ, R | | RATE 10.000 | | |
| | BONO | .00 210.00 | FICA 33.26 | 33.26 | 07/05/16 |
| | VAC SICK | .00 326.48 | MEDICARE 7.78 | 7.78 | |
| | | | PR State W/ 16.32 | 16.32 | |
| | | | PR State DI 1.07 | 1.07 | 536.48 |
| | | | | | 58.43 |
| CHECK DATE | CHECK NUMBER | EARNINGS TOTALS YTD | | 536.48 | 478.05 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**    JOISTS AND STRUCTURAL STEEL    BANCO POPULAR SUCURSAL, SAN JOSE    **000443**    101-201 215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 768-6300

*FOUR HUNDRED SEVENTY EIGHT DOLLARS AND 5 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000443 | *******478.05 |

NON – NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

PAY TO THE ORDER OF

RICHARD GONZALEZ
PO BOX 489
PUEBLO STA.
Carolina    PR 00986

⑈000443⑈ ⑆021502011⑈ 035⑈3811⑈1⑈

Richard Gonzalez

7/7/2016

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | | BIRRIEL, W | RATE 10.950 | | |
| | | | | | |
| BONO | .00 210.00 | FICA | 108.67 | 108.67 | 07/05/16 |
| VAC SICK | .00 1,542.73 | MEDICARE | 25.41 | 25.41 | |
| | | PR State W/ | 77.14 | 77.14 | |
| | | PR State DI | 3.51 | 3.51 | 1,752.73 |
| | | | | | |
| | | | | | 214.73 |
| * BONO, VAC, SICK + RETRO * | | | | | |
| CHECK DATE | CHECK NUMBER | EAR TOTALS TD | | 1,752.73 | 1,538.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE **000444**

101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*ONE THOUSAND FIVE HUNDRED THIRTY EIGHT DOLLARS AND NO CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000444 | *****1,538.00* |

PAY
TO THE
ORDER
OF

WILLIAM BIRRIEL
HC-03 BOX 12242
Carolina        PR 00987

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

MP
MP

⑆000444⑆ ⑈021502011⑈ 035⑆3841918⑈

William Birriel

7/7/20/16

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT | | DEDUCTION | BALANCE |
|------|-------------|--|-------------|----------------|--|-----------|---------|
| BIRRIEL, J | | | | RATE | 9.900 | | |
| Regular | .00 | .00 | FICA | 37.08 | 418.07 | 07/05/16 | |
| Overtime | .00 | .00 | MEDICARE | 8.67 | 97.87 | | |
| FERIADO-VAC | .00 | .00 | PR State W/ | 19.40 | 74.09 | | |
| BONO | | .00 | PR State DI | 1.20 | 13.59 | | |
| VAC - SICK | .00 | 388.00 | DISABILITY | .00 | | 598.08 | |
| OTRO PAGO | .00 | .00 | HOSP | .00 | | | |
| | | | UNION | .00 | | | |
| | | | | | | | 66.35 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 6,743.51 | 531.73 |
|------------|--------------|---------------------|--|----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC**     JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE     **000445**     101-201 216

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*FIVE HUNDRED THIRTY ONE DOLLARS AND 73 CENTS

DATE        CHECK NO.        AMOUNT
07/05/16     000445     *******531.73*

PAY
TO THE
ORDER
OF

JOEL BIRRIEL
HC-01 BOX 12521
Carolina        PR 00987

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE
MP

⑈000445⑈ ⑈021502011⑈ 035⑈381191⑈

7-7-2016

BW STEEL, INC.   P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216   000446

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | PEREZ, G | | RATE 9.100 | | |
| | | BONO .00 210.00 FICA | 29.41 | 29.41 | 07/05/16 |
| | | VAC - SICK .00 264.36 MEDICARE | 6.88 | 6.88 | |
| | | PR State W/ | 13.22 | 13.22 | |
| | | PR State DI | .95 | .95 | 474.36 |
| | | | | | 50.46 |

| CHECK DATE | CHECK NUMBER | EARNTOTALSTD | | 474.36 | 423.90 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

**JOISTS AND STRUCTURAL STEEL**

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE   **000446**   101-201 215

*FOUR HUNDRED TWENTY THREE DOLLARS AND 90 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000446 | *******423.90* |

PAY TO THE ORDER OF

GAMALIER PEREZ BIRRIEL
HC-03 BOX 12218
Carolina     PR 00987

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

MP

⑈000446⑈ ⑆021502011⑆ 035⑈38119⑈

Gamalier Perez Bir(

8/7/2016

000447

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT / RATE | DEDUCTION | BALANCE |
|------|-------------|-------------|-----------------------|-----------|---------|
| PRATTS, J | | | 7.250 | | |
| | | BONO | .00 210.00 | | |
| | | VAC - SICK | .00 134.49 | | 07/05/16 |
| | | FICA | 21.36 | 21.36 | |
| | | MEDICARE | 5.00 | 5.00 | |
| | | PR State W/ | 6.72 | 6.72 | 344.49 |
| | | PR State DI | .69 | .69 | |
| | | | | | 33.77 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | DEDUCTION | BALANCE |
|------------|--------------|---------------------|--|-----------|---------|
| | | | | 344.49 | 310.72 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

000447   101-201
215

*THREE HUNDRED TEN DOLLARS AND 72 CENTS

| DATE | CHECK NO: | AMOUNT |
|------|-----------|--------|
| 07/05/16 | 000447 | *******310.72* |

PAY
TO THE
ORDER
OF

JONATHAN PRATTS
HC-02 BOX 6623
Canovanas          PR 00729

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

MP
MP

⑈000447⑈ ⑆021502011⑆ 035⑈381171⑈

7/7/2016

000448

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT / RATE | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| CALO APONTE, B | | | 7.250 | | |
| BONO | | | FICA | 18.84 | 18.84 | 07/05/16 |
| VAC | SICK | .00 | 210.00 | MEDICARE | 4.41 | 4.41 |
| | | .00 | 93.89 | PR State W/ | 4.69 | 4.69 |
| | | | PR State DI | .61 | .61 | |
| | | | | | 303.89 |
| | | | | | 28.55 |

**NEW STEEL, INC.**

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | 303.89 | 275.34 |
|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE   000448

101-201
215

*TWO HUNDRED SEVENTY FIVE DOLLARS AND 34 CENTS*

DATE 07/05/16     CHECK NO. 000448     AMOUNT *******275.34*

PAY TO THE ORDER OF

BENJAMIN CALO APONTE
HC-03 PO BOX 13175
Carolina     PR 00987

AUTHORIZED SIGNATURE

**NON - NEGOTIABLE**

AUTHORIZED SIGNATURE

MP    MP

"000448" ⑆021602116 035 38119"

Aníbal Calo

AMERICAN AGENCIES CO., INC.

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 10-12-16 | | BECA DE ESTUDIOS SEGUN ARTICULO XX DEL CONVENIO COLECTIVO | 87.50 | | $ 87.50 |

| CHECK DATE | | CHECK NUMBER | | TOTALS | 87.50 | | 87.50 |
|---|---|---|---|---|---|---|---|
| 10-12-16 | | 1539 | | | | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

**001539**

*****OCHENTA Y SIETE DOLARES CON 50 CENTAVOS****

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 10-12-16 | 1539 | $87.50 |

PAY TO THE ORDER OF

ELVIN ENCARNACION

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001539⑈ ⑆0215020⑈⑈ 035⑈38116⑈⑈

001538

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 10-12-16 | | BECA DE ESTUDIOS SEGUN ARTICULO XX DEL CONVENIO COLECTIVO | $87.50 | | $87.50 |

| CHECK DATE | 10-12-16 | CHECK NUMBER | 1538 | TOTALS | 87.50 | | $87.50 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001538

****OCHENTA Y SIETE DOLARES CON 50 CENTAVOS*****

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 10-12-16 | 1538 | $87.50 |

PAY TO THE ORDER OF

DANIEL OSORIO

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈"001538"⑈ ⑈021502011⑈ 035"38116 7"⑈

| DATE | INVOICE NO. | DESCRIPTION | | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|---|----------------|-----------|---------|
| ALGARIN, J | | | RATE 12.750 | | | |
| BONO | .00 | 280.00 | FICA | 46.69 | 93.38 | 10/07/16 |
| VAC - SICK | .00 | 473.02 | MEDICARE | 10.92 | 21.84 | |
| | | | PR State W/ | 23.65 | 47.30 | |
| | | | PR State D1 | 1.51 | 3.02 | |
| | | | | | | 753.02 |
| | | | | | | 82.77 |

| CHECK DATE | CHECK NUMBER | EARNI TOTALS | | 1,506.05 | 670.25 |
|------------|--------------|--------------|---|----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

**001503**

\*SIX HUNDRED SEVENTY DOLLARS AND 25 CENTS

| | DATE | CHECK NO. | | AMOUNT |
|---|------|-----------|---|--------|
| | 10/07/16 | 001503 | \*\*\*\*\*\*\*670.25\* | |

PAY
TO THE
ORDER
OF

JUAN  R ALGARIN
VILLA GRACIELA
A-3 CALLE C. FERNANDEZ
JUNCOS       PR 00777

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001503⑈ ⑈0215020⑈ 035⑈38116711⑈

001504

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|---|---|-------------|----------------|-----------|---------|
| OSORIO, D | | | | RATE | 10.650 | | |
| BONO | | .00 | 280.00 | FICA | 35.62 | 71.24 | 10/07/16 |
| VAC - SICK | | .00 | 294.47 | MEDICARE | 8.33 | 16.66 | |
| | | | | PR State W/ | 14.72 | 29.44 | |
| | | | | | | | 574.47 |
| | | | | | | | 58.67 |

| CHECK DATE | CHECK NUMBER | EARN | TOTALS | | | 1,148.94 | 515.80 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
216

001504

*FIVE HUNDRED FIFTEEN DOLLARS AND 80 CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 10/07/16 | 001504 | ********515.80* |

PAY
TO THE
ORDER OF

DANIEL OSORIO
HC-01 BOX 11128
Carolina      PR 00985

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001504⑈ ⑆021502011⑆ 035⑈3811671⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| ROSARIO, P | | | RATE 9.700 | | |
| BONO | .00 | 239.32 | FICA | 24.73 | 49.46 | 10/07/16 |
| VAC - SICK | .00 | 159.57 | MEDICARE | 5.78 | 11.56 | |
| | | | PR State W/ | 7.98 | 15.96 | |
| | | | PR State DI | .80 | 1.60 | |
| | | | | | 398.89 |
| | | | | | 39.29 |

| CHECK DATE | CHECK NUMBER | EARNI TOTALS | | | 797.78 | 359.60 |
|------------|--------------|--------------|--|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001505

*THREE HUNDRED FIFTY NINE DOLLARS AND 60 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 10/07/16 | 001505 | *******359.60* |

PAY TO THE ORDER OF

PASCUAL ROSARIO
HC-01 BOX 13078
Carolina     PR 00987

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑆001505⑆ ⑈021502011⑈ 035⑆38116?⑆

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| CASTRO, L | | | RATE 11.100 | | |
| VAC - SICK | .00 280.00 .00 427.34 | FICA MEDICARE PR State W/ | 43.86 10.26 21.35 | 87.72 20.52 42.72 | 10/07/16 707.34 75.47 |

| CHECK DATE | CHECK NUMBER | EARN TOTALS | | | |
|---|---|---|---|---|---|
| | | | 1,414.69 | 631.87 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
216

001506

*SIX HUNDRED THIRTY ONE DOLLARS AND 87 CENTS

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 10/07/16 | 001506 | *******631.87* |

PAY
TO THE
ORDER
OF

LUIS CASTRO
LA CENTRAL
CALLE 2 PARCELA 98
CANOVANAS    PR 00729

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001506⑈ ⑈021502011⑈ 035⑈38116 7⑈

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|---|
| QUINONES, L | | | | | RATE 10.350 | | |
| BOND | | .00 | 280.00 | FICA | 37.57 | 75.14 | 10/07/16 |
| VAC - SICK | | .00 | 326.03 | MEDICARE | 8.79 | 17.58 | |
| | | | | PR State W/ | 16.30 | 32.60 | |
| | | | | | | | 606.03 |
| | | | | | | | 62.66 |

| CHECK DATE | CHECK NUMBER | EARN TOTALS | | 1,212.06 | 543.37 |
|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001507

\*FIVE HUNDRED FORTY THREE DOLLARS AND 37 CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 10/07/16 | 001507 | \*\*\*\*\*\*\*543.37\* |

PAY TO THE ORDER OF

LUIS A QUINONES
COND. EL REMANSO ELDERLE
APTO. 312
CAROLINA      PR 00987

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈00⑂507⑈ ⑆0215020⑈⑆ 035⑈38⑈⑈67⑈

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|---|
| FLORES, N | | | | RATE 10.350 | | | |
| | | | | | | | |
| PND | .00 | 273.82 | | FICA | 41.68 | 83.36 | 10/07/16 |
| VAC - SICK | .00 | 398.48 | | MEDICARE | 9.75 | 19.50 | |
| | | | | PR State W/ | 19.92 | 39.84 | |
| | | | | | | | 672.30 |
| | | | | | | | 71.35 |

| CHECK DATE | CHECK NUMBER | EARN TOTALS | | | 1,344.60 | 600.95 |
|---|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
216

001508

*SIX HUNDRED DOLLARS AND 95 CENTS

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 10/07/16 | 001508 | *******600.95* |

PAY TO THE ORDER OF

NATHANAEL FLORES
HC-03 BOX 7249
CANOVANAS    PR 00729

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑆001508⑈ ⑆0215020⑈ 035⑈38116 7⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| GONZALEZ, J | | | RATE 9.250 | | |
| BONO | .00 181.25 | FICA | 36.53 | 73.06 | 10/07/16 |
| VAC - SICK | .00 407.93 | MEDICARE | 8.54 | 17.08 | |
| | | PR State W/ | 20.40 | 40.80 | |
| | | PR State DI | 1.18 | 2.36 | |
| | | | | | 589.18 |
| | | | | | 66.65 |

| CHECK DATE | CHECK NUMBER | EARNINGS TOTALS | | DEDUCTION | BALANCE |
|------------|--------------|-----------------|---|-----------|---------|
| | | | | 1,178.36 | 522.53 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
- 215

001509

*FIVE HUNDRED TWENTY TWO DOLLARS AND 53 CENTS

DATE 10/07/16   CHECK NO. 001509   AMOUNT *******522.53*

PAY TO THE ORDER OF

JOSE A GONZALEZ
HC-01 BOX 2136
LOIZA       PR 00772

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001509⑈ ⑉021502011⑉ 035⑈381167⑈

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|--|--|-------------|----------------|-----------|---------|
| CORTES. J | | | | RATE   8,400 | | | |
| | | .00 | 145.52 | FICA | 14.67 | 29.34 | 10/07/16 |
| VAC — SICK | | .00 | 91.14 | MEDICARE | 3.43 | 6.86 | |
| | | | | PR  State W/ | 4.57 | 9.13 | |
| | | | | | | | 236.66 |
| | | | | | | | 22.67 |

| CHECK DATE | CHECK NUMBER | EARN | TOTALS | | 473.32 | 213.99 |
|------------|--------------|------|--------|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001510

*TWO HUNDRED THIRTEEN DOLLARS AND 99 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 10/07/16 | 001510 | *******213.99* |

PAY TO THE ORDER OF

JUAN C CORTES
HC-01 BOX 11372
Carolina     PR 00985

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑆001510⑆ ⑆021502011⑆ 035⑈38116 7⑈

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|---|---|-------------|----------------|-----------|---------|
| MARQUEZ, C | | | | | RATE 8.150 | | |
| BONO | | .00 | 260.36 | FICA | 29.41 | 58.82 | 10/07/16 |
| VAC - SICK | | .00 | 213.93 | MEDICARE | 6.88 | 13.76 | |
| | | | | PR State W/ | 10.70 | 21.40 | |
| | | | | | | | 474.29 |
| | | | | | | | 46.99 |

| CHECK DATE | CHECK NUMBER | EARN TOTALS | | 948.59 | 427.30 |
|------------|--------------|-------------|--|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

STEEL PRODUCTS

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001511

*FOUR HUNDRED TWENTY SEVEN DOLLARS AND 30 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 10/07/16 | 001511 | *******427.30* |

PAY TO THE ORDER OF

CARLOS A MARQUEZ
PARCELAS FALU CALLE 41
#166 INTERIOR
San Juan      PR 00924

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑆001511⑆ ⑆021502011⑆ 035⑈38116 7⑆

| DATE | INVOICE NO. | DESCRIPTION | | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| | | CARRION, E | RATE 8.000 | | | |
| | | BONO | .00 117.54 | FICA | 21.52 | 43.04 | 10/07/16 |
| | | VAC - SICK | .00 229.60 | MEDICARE | 5.03 | 10.06 | |
| | | | | PR State W/ | 11.48 | 22.96 | |
| | | | | PR State DI | .69 | 1.38 | |
| | | | | | | 347.14 |
| | | | | | | 38.72 |

| CHECK DATE | CHECK NUMBER | EARN | TOTALS | | 694.28 | 308.42 |
|---|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL SAN JOSE
101 - 201
215

**001512**

*THREE HUNDRED EIGHT DOLLARS AND 42 CENTS

DATE 10/07/16     CHECK NO. 001512     AMOUNT *******308.42*

PAY TO THE ORDER OF

EDGARDO CARRION
2024 CALLE EDUARDO CUEVAS
VILLA GRILLASCA
Ponce          PR 00716

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001512⑈ ⑆021502011⑆ 035⑈381167⑈

ORTIZ FARGAS, J

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | | RATE 7.500 | | | |
| BONO | .00 95.07 | FICA | 12.73 | 25.46 | 10/07/16 |
| VAC - SICK | .00 110.25 | MEDICARE | 2.98 | 5.96 | |
| | | PR State W/ | 5.51 | 11.02 | |
| | | PR State DI | .41 | .82 | |
| | | | | | 205.32 |
| | | | | | 21.63 |

| CHECK DATE | CHECK NUMBER | EARN TOTALS | | 410.64 | 183.69 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001513

*ONE HUNDRED EIGHTY THREE DOLLARS AND 69 CENTS

|  | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
|  | 10/07/16 | 001513 | *******183.69* |

PAY TO THE ORDER OF

JUAN ORTIZ FARGAS
PO BOX 977 SAINT JUST STATION
St Just      PR 00978

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001513⑈ ⑊021502011⑊ 035⑈38116 7⑈

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|---|-------------|----------------|-----------|---------|
| MOLINA MUJICA, M | | | | RATE | 8.000 | |
| BONO | .00 | 89.86 | FICA | 23.47 | 46.94 | 10/07/16 |
| VAC - SICK | .00 | 288.75 | MEDICARE | 5.49 | 10.98 | |
| | | | PR  State W/ | 14.44 | 28.88 | |
| | | | PR  State DI | .76 | 1.52 | 378.61 |
| | | | | | | 44.16 |

| CHECK DATE | CHECK NUMBER | EARN TOTALS | | DEDUCTION | BALANCE |
|------------|--------------|-------------|---|-----------|---------|
| | | | | 757.22 | 334.45 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R.  00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

**001514**

\*THREE HUNDRED THIRTY FOUR DOLLARS AND 45 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 10/07/16 | 001514 | \*\*\*\*\*\*\*334.45\* |

PAY
TO THE
ORDER
OF

MIGUEL MOLINA MUJICA
PO BOX 534
Canovanas       PR 00729

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001514⑈ ⑈021502011⑈ 035⑈38116 7⑈

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|---|---|-------------|----------------|-----------|---------|
| COTTO CRUZ,L | | | | RATE | 7.250 | | |
| BONO | | .00 | 96.50 | FICA | 12.28 | 24.56 | 10/07/16 |
| VAC - SICK | | .00 | 101.50 | MEDICARE | 2.87 | 5.74 | |
| | | | | PR State W/ | 5.08 | 10.16 | |
| | | | | PR State DI | .40 | .80 | |
| | | | | | | | 198.00 |
| | | | | | | | 20.63 |

| CHECK DATE | CHECK NUMBER | EARN TOTALS | | 396.00 | 177.37 |
|------------|--------------|-------------|---|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
216

001515

*ONE HUNDRED SEVENTY SEVEN DOLLARS AND 37 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 10/07/16 | 001515 | ********177.37* |

PAY TO THE ORDER OF

LUIS COTTO CRUZ
HC-02 BOX 17588
Rio Grande    PR 00745

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001515⑈ ⑆021502011⑈ 035⑈811167⑈

PASTRANA CINTRO, R

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | | RATE | 7.250 | | |
| VAC – SICK | .00 | 97.42 | FICA | 9.82 | 19.64 | 10/07/16 |
| | .00 | 60.90 | MEDICARE | 2.30 | 4.60 | |
| | | PR State W/ | 3.06 | 6.11 | |
| | | PR State DI | .32 | .64 | |
| | | | | | 158.32 |
| | | | | | 15.50 |

| CHECK DATE | CHECK NUMBER | EARNTOTALS | | 316.63 | 142.82 |
|------------|--------------|------------|---|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

BANCO POPULAR
SUCURSAL, SAN JOSE
101-201
215

001516

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*ONE HUNDRED FORTY TWO DOLLARS AND 82 CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 10/07/16 | 001516 | *******142.82* |

PAY TO THE ORDER OF

ROBERTO PASTRANA CINTRO
PO BOX 1263
Canovanas       PR 00729

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001516⑈ ⑆021502011⑆ 035⑈381167⑈

AMERICAN AGENCIES CO., INC.
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

PEREZ, L

| DATE | INVOICE NO. | | DESCRIPTION | | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|------------|--|-------------|--|----------------|-----------|---------|
| | | | | RATE | 10.250 | | |
| Regular | .00 | .00 | FICA | | 43.61 | 892.19 | 10/07/16 |
| Overtime | .00 | .00 | MEDICARE | | 10.20 | 208.77 | |
| FERIADO-VAC | .00 | .00 | PR State W/ | | 21.17 | 335.42 | |
| ENFERM | .00 | .00 | Other Taxes | | .00 | 18.09 | |
| BONO | .00 | 280.00 | HOSP | | .00 | | 703.33 |
| VAC - SICK | .00 | 423.33 | PRESTAMO | | .00 | | |
| | | | UNION | | .00 | | |
| | | | | | | | 74.98 |

| CHECK DATE | CHECK NUMBER | EARNINGS TOTALS | | | 4,388.30 | 628.35 |
|------------|--------------|-----------------|--|--|----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

BANCO POPULAR
SUCURSAL, SAN JOSE
101-201
215

001517

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*SIX HUNDRED TWENTY EIGHT DOLLARS AND 35 CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 10/07/16 | 001517 | *******628.35* |

PAY TO THE ORDER OF

LUIS E PEREZ
HC-03 BOX 12625
Carolina     PR 00987

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001517⑈ ⑆02150201⑆ 035⑈38116 7⑈

CEPEDA, L

| DESCRIPTION | | | | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| | | | RATE | 9.000 | | |
| Regular | .00 | .00 | FICA | 41.82 | 765.19 | 10/07/16 |
| FERIADO-VAC | .00 | .00 | MEDICARE | 9.78 | 179.04 | |
| ENFERM | .00 | .00 | PR State W/ | 19.85 | 202.30 | |
| BONO | .00 | 277.64 | CHOF | .00 | | |
| VAC - SICK | .00 | 396.90 | HOSP | .00 | | 674.54 |
| OTRO PAGO | .00 | .00 | PRESTAMO | .00 | | |
| | | | UNION | .00 | | |
| | | | | | | 71.45 |

| CHECK DATE | CHECK NUMBER | EARN TOTALS | 12,340.33 | 603.09 |
|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001518

*SIX HUNDRED THREE DOLLARS AND 9 CENTS

DATE          CHECK NO.          AMOUNT
10/07/16      001518      *******603.09*

PAY TO THE ORDER OF

LUIS R CEPEDA
PARCELAS FALU
253-C CALLE 45-A
San Juan      PR 00924

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001518⑈ ⑆021502011⑈ 035⑈38116 7⑈

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|--|-------------|----------------|-----------|---------|
| ENCARNACION, E | | | | RATE    8,100 | | |
| Regular | .00 | .00 | FICA | 36.17 | 664.27 | 10/07/16 |
| FERIADO-VAC | .00 | .00 | MEDICARE | 8.46 | 155.39 | |
| ENFERM | .00 | .00 | PR State W/ | 17.27 | 96.32 | |
| BONO | .00 | 237.46 | Other Taxes | .00 | 17.08 | |
| VAC - SICK | .00 | 345.87 | PRESTAMO | .00 | | 583.33 |
| OTRO PAGO | .00 | .00 | UNION | .00 | | |
| | | | | | | 61.90 |

| CHECK DATE | CHECK NUMBER | EARN TOTALS | | 10,714.13 | 521.43 |
|------------|--------------|-------------|--|-----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001519

*FIVE HUNDRED TWENTY ONE DOLLARS AND 43 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 10/07/16 | 001519 | *******521.43* |

PAY
TO THE
ORDER
OF

ELVIN ENCARNACION
HC-03 12434
Carolina      PR 00987

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001519⑈ ⑆021502011⑆ 035⑈38116 7⑈

| DATE | INVOICE NO. | DISCOUNTION | INVOICE AMOUNT | | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|---|-----------|---------|
| OCASIO PIZARRO ,H | | | RATE | 8.000 | | |
| BONO | .00 | 183.98 | FICA | 28.94 | 57.88 | 10/07/16 |
| VAC - SICK | .00 | 282.80 | MEDICARE | 6.77 | 13.54 | |
| | | | PR State W/ | 14.14 | 28.28 | |
| | | | | | | 466.78 |
| | | | | | | 49.85 |

| CHECK DATE | CHECK NUMBER | EARNI | TOTALS | | 933.56 | 416.93 |
|------------|--------------|-------|--------|---|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001520

*FOUR HUNDRED SIXTEEN DOLLARS AND 93 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 10/07/16 | 001520 | ********416.93* |

PAY TO THE ORDER OF

HECTOR OCASIO PIZARRO
VILLA CAROLINA
116-16 CALLE 74
Carolina     PR 00985

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

"001520" ":0215020ll": 035"38116 7"

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 10-13-16 | | BECA DE ESTUDIOS SEGUN ARTICULO XX111 DEL CONVENIO COLECTIVO | $140.00 | | $140.00 |

| CHECK DATE | 10-13-16 | CHECK NUMBER | 576 | TOTALS | $140.00 | | $140.00 |
|------------|----------|--------------|-----|--------|---------|--|---------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE

000576

101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

****CIENTO CUARENTA DOLARES CON 00 CENTAVOS****

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 10-13-16 | 576 | $140.00 |

PAY
TO THE
ORDER
OF

JOEL BIRRIEL

AUTHORIZED SIGNATURE          MP

AUTHORIZED SIGNATURE          MP

⑈000576⑈ ⑆021502011⑆ 035⑈381191⑈

000550

| PANCO INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| BONO | .00 | 210.00 | FICA | 24.85 | 49.70 | 10/07/16 |
| VAC - SICK | .00 | 190.82 | MEDICARE | 5.81 | 11.62 | |
| | | | PR State W/ | 9.54 | 19.08 | |
| | | | PR State DI | .80 | 1.60 | 400.82 |
| | | | | | | 41.00 |

| CHECK DATE | CHECK NUMBER | EARN **TOTALS** | | |
|---|---|---|---|---|
| | | | 801.64 | 359.82 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE        000550        101-201
                                         215

*THREE HUNDRED FIFTY NINE DOLLARS AND 82 CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 10/07/16 | 000550 | *******359.82* |

PAY
TO THE
ORDER
OF

RAFAEL TANCO MILLAN
RES. SABANA BAJO
EDIF. 55 APTO. 432
Carolina      PR 00985

AUTHORIZED SIGNATURE        MP

AUTHORIZED SIGNATURE        MP

⑈000550⑈ ⑆021502011⑆ 035⑈38117⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | | | RATE 11.450 | | |
| BONO | .00 | 210.00 | FICA | 40.85 | 81.70 | 10/07/16 |
| VAC - SICK | .00 | 448.84 | MEDICARE | 9.55 | 19.10 |
| | | | PR State W/ | 22.44 | 44.88 |
| | | | PR State DI | 1.32 | 2.64 |
| | | | | | 658.84 |
| | | | | | 74.16 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 1,317.68 | 584.68 |
|------------|--------------|---------------------|--|----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

**000551**

101-201
215

*FIVE HUNDRED EIGHTY FOUR DOLLARS AND 68 CENTS

DATE 10/07/16     CHECK NO. 000551     AMOUNT ********584.68*

PAY TO THE ORDER OF

SANTOS DELGADO
HC-03 BOX 12654
Carolina     PR 00987-9602

AUTHORIZED SIGNATURE     MP
AUTHORIZED SIGNATURE     MP

⑆000551⑆ ⑉021502011⑉ 035⑈381191⑆

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|---|---|-------------|----------------|-----------|---------|
| RODRIGUEZ, A | | | | | RATE 10.550 | | |
| BONO | | .00 | 210.00 | FICA | 20.80 | 41.60 | 10/07/16 |
| VAC - SICK | | .00 | 125.55 | MEDICARE | 4.87 | 9.74 | |
| | | | | PR State W/ | 6.28 | 12.56 | |
| | | | | PR State DI | .67 | 1.34 | |
| | | | | | | | 335.55 |
| | | | | | | | 32.62 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD **TOTALS** | | | 671.10 | 302.93 |
|------------|--------------|----------|---|---|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
**000552**
101-201
215

*THREE HUNDRED TWO DOLLARS AND 93 CENTS

DATE 10/07/16    CHECK NO. 000552    *******302.93*    AMOUNT

PAY TO THE ORDER OF

ANGEL M RODRIGUEZ
HC-03 BOX 12342
Carolina    PR 00987

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈000552⑈ ⑆021502011⑆ 035⑈38119⑈

000553

| DATE | INVOICE NO. | | DESCRIPTION | | RATE | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|---|-------------|---|------|----------------|-----------|---------|
| BIRRIEL,A | | | | | | | | |
| BONO | | .00 | 210.00 | FICA | | 22.48 | 44.96 | 10/07/16 |
| VAC - SICK | | .00 | 152.60 | MEDICARE | | 5.26 | 10.52 | |
| | | | | PR State W/ | | 7.63 | 15.26 | |
| | | | | PR State D) | | .73 | 1.46 | |
| | | | | | | | | 362.60 |
| | | | | | | | | 36.10 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | | | 725.20 | 326.50 |
|------------|--------------|--------------|--------|---|---|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE    **000553**    101-201
215

*THREE HUNDRED TWENTY SIX DOLLARS AND 50 CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 10/07/16 | 000553 | ******326.50* |

PAY TO THE ORDER OF

ALFREDO BIRRIEL
HC-03 12521
Carolina      PR 00987

AUTHORIZED SIGNATURE        MP
AUTHORIZED SIGNATURE        MP

⑈000553⑈ ⑈021502011⑈ 035⑈381191⑈

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | | DEDUCTION | BALANCE |
|------|-------------|---|---|-------------|----------------|---|-----------|---------|
| ORTIZ, R | | | | | RATE | 11.250 | | |
| BONO | | .00 | 210.00 | FICA | | 40.36 | 80.72 | 10/07/16 |
| VAC - SICK | | .00 | 441.00 | MEDICARE | | 9.44 | 18.88 | |
| | | | | PR State W/ | | 22.05 | 44.10 | |
| | | | | PR State DI | | 1.30 | 2.60 | |
| | | | | | | | | 651.00 |
| | | | | | | | | 73.15 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | | 1,302.00 | 577.85 |
|------------|--------------|--------------|--------|---|----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE     **000554**     101-201 215

*FIVE HUNDRED SEVENTY SEVEN DOLLARS AND 85 CENTS

DATE 10/07/16     CHECK NO. 000554     AMOUNT *******577.85*

PAY TO THE ORDER OF

RAUL ORTIZ
HC-03 BOX 12241
Carolina     PR 00987

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈000554⑈ ⑆021502011⑆ 035⑈381191⑈

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|--|-------------|----------------|-----------|---------|
| PEREZ | | | | RATE 10.00 | | |
| BONO | .00 | 210.00 | FICA | 32.34 | 64.68 | 10/07/16 |
| VAC - SICK | .00 | 311.64 | MEDICARE | 7.56 | 15.12 | |
| | | | PR State W/ | 15.58 | 31.16 | |
| | | | PR State DI | 1.04 | 2.08 | |
| | | | | | | 521.64 |
| | | | | | | 56.52 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | | 1,043.28 | 465.12 |
|------------|--------------|--------------|--------|--|----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE     **000555**     101-201 215

\*FOUR HUNDRED SIXTY FIVE DOLLARS AND 12 CENTS

DATE 10/07/16     CHECK NO. 000555     AMOUNT \*\*\*\*\*\*\*465.12\*

PAY TO THE ORDER OF

JOE M PEREZ
LOIZA VALLEY
G-264 CALLE CANARIO
CANOVANAS     PR 00729

AUTHORIZED SIGNATURE     MP

AUTHORIZED SIGNATURE     MP

⑾000555⑾ ⑊0215020⑈ 035⑾381191⑾

000556

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|---|---|-------------|----------------|-----------|---------|
| NEGRON, P | | | | | RATE: 10.800 | | |
| BOND | | .00 | 210.00 | FICA | 24.27 | 48.54 | 10/07/16 |
| VAC - SICK | | .00 | 181.44 | MEDICARE | 5.68 | 11.36 | |
| | | | | PR State W/ | 9.07 | 18.14 | |
| | | | | PR State DI | .78 | 1.56 | |
| | | | | | | | 391.44 |
| | | | | | | | 39.80 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 782.88 | 351.64 |
|------------|--------------|---------------------|---|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

# NEW STEEL, INC.

### JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE

000556

101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*THREE HUNDRED FIFTY ONE DOLLARS AND 64 CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 10/07/16 | 000556 | *******351.64* |

PAY TO THE ORDER OF

PEDRO R NEGRON
URB COUNTRY CLUB
1112 JAMES BOND
San Juan          PR 00914-3445

AUTHORIZED SIGNATURE          MP

AUTHORIZED SIGNATURE          MP

⑈000556⑈ ⑈0215020⑈ 035⑈381191⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|

RIVERA BATISTA, S

| | | | | | |
|---|---|---|---|---|---|
| Regular | .00 | .00 | FICA | 33.45 | 703.04 | 10/07/16 |
| Overtime | .00 | .00 | MEDICARE | 7.82 | 164.33 | |
| FERIADO-VAC | .00 | .00 | PR State W/ | 16.48 | 49.66 | |
| BONO | .00 | 210.00 | Other Taxes | .00 | 17.91 | |
| VAC - SICK | .00 | 329.56 | DISABILITY | .00 | | 539.56 |
| OTRO PAGO | .00 | .00 | HOSP | .00 | | |
| | | | TRANS - LIFE | .00 | | |
| | | | UNION | .00 | | 57.75 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | | |
|------------|--------------|---------------------|--|--|--|
| | | 11,340.42 | | 481.81 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

**000557**

101-201
215

*FOUR HUNDRED EIGHTY ONE DOLLARS AND 81 CENTS

DATE 10/07/16    CHECK NO. 000557    AMOUNT *******481.81*

PAY TO THE ORDER OF

SANTIAGO RIVERA BATISTA
P.M.B 164, 390 CARR. 853
Carolina      PR 00984

AUTHORIZED SIGNATURE MP

AUTHORIZED SIGNATURE MP

⑆000557⑆ ⑆021502011⑆ 035⑈381191⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | | | RATE 10.700 | | |
| BONO | .00 | 210.00 | FICA | 39.03 | 78.06 | 10/07/16 |
| VAC - SICK | .00 | 419.44 | MEDICARE | 9.13 | 18.26 | |
| | | | PR State W/ | 20.97 | 41.94 | |
| | | | PR State D) | 1.26 | 2.52 | |
| | | | | | 629.44 |
| | | | | | 70.39 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 1,258.88 | 559.05 |
|------------|--------------|---------------------|--|----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE

000558

101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*FIVE HUNDRED FIFTY NINE DOLLARS AND 5 CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 10/07/16 | 000558 | *******559.05* |

PAY
TO THE
ORDER
OF

JULIO E FUENTES
COND. PONTEZUELA
EDIF. B-6 APT. 2-F
CAROLINA     PR 00983

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈000558⑈ ⑆02150201⑈ 035⑈381191⑈

| DATE INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT RATE | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| GONZALEZ, R | | | | | 18.600 | |
| BONO | .00 | 210.00 | FICA | 33.26 | 66.52 | 10/07/16 |
| VAC - SICK | .00 | 326.48 | MEDICARE | 7.78 | 15.56 | |
| | | | PR State W/ | 16.32 | 32.64 | |
| | | | PR State DI | 1.07 | 2.14 | |
| | | | | | | 536.48 |
| | | | | | | 58.43 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | | 1,072.96 | 478.05 |
|---|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

000559

101-201
215

*FOUR HUNDRED SEVENTY EIGHT DOLLARS AND 5 CENTS

| | DATE | CHECK NO. | | AMOUNT |
|---|---|---|---|---|
| | 10/07/16 | 000559 | *******478.05* | |

PAY TO THE ORDER OF

RICHARD GONZALEZ
PO BOX 489
PUEBLO STA.
Carolina      PR 00986

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

MP

MP

⑈000559⑈ ⑈021502011⑈ 035⑈381191⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT RATE | DEDUCTION | BALANCE |
|---|---|---|---|---|---|

BIRRIEL, W          10.950

BOND          .00    210.00    FICA          108.67    217.34    10/07/16
VAC - SICK    .00  1,542.73    MEDICARE       25.41     50.82
                              PR  State W/    77.14    154.28
                              PR  State DI     3.51      7.02
                                                                1,752.73

                                                                  214.73

*BONO, VAC, SICK + RETIRO *

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 3,505.46 | 1,538.00 |
|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216  SAN JUAN, P.R.  00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE          000560          101-201
215

*ONE THOUSAND FIVE HUNDRED THIRTY EIGHT DOLLARS AND NO CENTS

                                    DATE          CHECK NO.          AMOUNT
                              10/07/16        000560      *****1,538.00*

PAY
TO THE
ORDER
OF

WILLIAM BIRRIEL
HC-03 BOX 12242
Carolina          PR  00987

                                                        MP
                                    AUTHORIZED SIGNATURE

                                                        MP
                                    AUTHORIZED SIGNATURE

⑈000560⑈ ⑆021502011⑆ 035⑈381191⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT RATE | DEDUCTION | BALANCE |
|------|-------------|-------------|---------------------|-----------|---------|
| Regular | .00 | .00 | FICA | 37.08 | 631.91 | 10/07/16 |
| Overtime | .00 | .00 | MEDICARE | 8.67 | 147.94 | |
| FERIADO-VAC | .00 | .00 | PR State W/ | 19.40 | 111.69 | |
| ENFERM | .00 | .00 | Other Taxes | .00 | 18.15 | |
| BONO | .00 | 210.00 | DISABILITY | .00 | | |
| VAC - SICK | .00 | 388.08 | HOSP | .00 | | 598.08 |
| OTRO PAGO | .00 | .00 | UNION | .00 | | |
| | | | | | | 65.15 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 10,192.79 | 532.93 |
|------------|--------------|---------------------|--|-----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

I NEW STEEL, INC.

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216  SAN JUAN, P.R.  00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

000561

101-201
215

*FIVE HUNDRED THIRTY TWO DOLLARS AND 93 CENTS

DATE 10/07/16     CHECK NO. 000561     AMOUNT *******532.93*

PAY TO THE ORDER OF

JOEL BIRRIEL
HC-01 BOX 12521
Carolina     PR 00987

AUTHORIZED SIGNATURE                MP
AUTHORIZED SIGNATURE                MP

⑈000561⑈ ⑆021502011⑆ 035⑈381191⑈

000562

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|---|-------------|----------------|-----------|---------|
| | | | RATE 9,100 | | | |
| BONO | .00 | 210.00 | FICA | 29.41 | 58.82 | 10/07/16 |
| VAC - SICK | .00 | 264.36 | MEDICARE | 6.88 | 13.76 | |
| | | | PR State W/ | 13.22 | 26.44 | |
| | | | PR State DI | .95 | 1.90 | |
| | | | | | | 474.36 |
| | | | | | | 50.46 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 948.72 | 423.90 |
|------------|--------------|---------------------|---|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216  SAN JUAN, P.R.  00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

000562

101-201
215

*FOUR HUNDRED TWENTY THREE DOLLARS AND 90 CENTS

DATE 10/07/16     CHECK NO. 000562     AMOUNT *******423.90*

PAY TO THE ORDER OF

GAMALIER PEREZ BIRRIEL
HC-03  BOX 12218
Carolina      PR 00987

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈000562⑈ ⑆0215020⑈ 035⑈381191⑈

000563

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | RATE. | 7.65Ø | DEDUCTION | BALANCE |
|------|-------------|---|---|-------------|----------------|-------|-------|-----------|---------|
| | | | | | | | | | |
| BONO | | .ØØ | 21Ø.ØØ | FICA | | 21.36 | | 42.72 | 1Ø/Ø7/16 |
| VAC - SICK | | .ØØ | 134.49 | MEDICARE | | 5.ØØ | | 1Ø.ØØ | |
| | | | | PR State W/ | | 6.72 | | 13.44 | |
| | | | | PR State DI | | .69 | | 1.38 | 344.49 |
| | | | | | | | | | 33.77 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | | 688.98 | 31Ø.72 |
|------------|--------------|--------------|--------|---|--------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

000563

101-201
215

*THREE HUNDRED TEN DOLLARS AND 72 CENTS

| | DATE | CHECK NO. | | AMOUNT |
|---|------|-----------|---|--------|
| | 1Ø/Ø7/16 | 000563 | *******31Ø.72* | |

PAY
TO THE
ORDER
OF

JONATHAN PRATTS
HC-Ø2 BOX 6623
Canovanas      PR ØØ729

AUTHORIZED SIGNATURE                    MP

AUTHORIZED SIGNATURE                    MP

⑆000563⑆ ⑈0215020⑆ 035⑈3811910⑆

**000564**

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | RATE | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| | | CALO APONTE, B | | 7,250 | | |
| | BOND | .00 | 210.00 | FICA | 18.84 | 37.68 | 10/07/16 |
| | VAC - SICK | .00 | 93.89 | MEDICARE | 4.41 | 8.82 | |
| | | | | PR State W/ | 4.69 | 9.38 | |
| | | | | PR State DI | .61 | 1.22 | |

I NEW STEEL, INC.

303.89

28.55

| CHECK DATE | CHECK NUMBER | EARNINGS YTD | TOTALS | | 607.78 | 275.34 |
|---|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**I NEW STEEL, INC.**

**JOISTS AND STRUCTURAL STEEL**

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

**000564**

101-201
215

*TWO HUNDRED SEVENTY FIVE DOLLARS AND 34 CENTS

DATE  10/07/16

CHECK NO.  000564

AMOUNT  ******275.34*

PAY TO THE ORDER OF

BENJAMIN CALO APONTE
HC-03 PO BOX 13175
Carolina          PR 00987

AUTHORIZED SIGNATURE          MP

AUTHORIZED SIGNATURE          MP

⑈000564⑈ ⑆021502011⑆ 035⑈381191⑈

000565

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|---|---|-------------|----------------|-----------|---------|
| CARRASQUILLO, A | | | | | RATE 10.950 | | |
| BONO | | .00 | 210.00 | FICA | 115.67 | 231.34 | 10/07/16 |
| VAC - SICK | | .00 | 1,655.62 | MEDICARE | 27.05 | 54.10 | |
| | | | | PR State W/ | 82.78 | 165.56 | |
| | | | | PR State DI | 3.73 | 7.46 | 1,865.62 |

*NEW STEEL INC.*

\* BONO, VAC., SICK + RETRO \*

229.23

| CHECK DATE | CHECK NUMBER | EARNINGS | TOTALS | 3,731.26 | 1,636.39 |
|------------|--------------|----------|--------|----------|----------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

000565

101-201
215

\*ONE THOUSAND SIX HUNDRED THIRTY SIX DOLLARS AND 39 CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 10/07/16 | 000565 | \*\*\*\*\*1,636.39\* |

PAY
TO THE
ORDER
OF

ANDRES CARRASQUILLO
PO BOX 20000 P.M.B 351
Canovanas        PR 00729

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

MP

MP

⑈000565⑈ ⑈0215020⑈⑈ 035⑈38119⑈

000566

| DATE | INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT | | DEDUCTION | BALANCE |
|------|-------------|--|--|-------------|----------------|--|-----------|---------|
| NORIUS, J | | | | | RATE | 9.60 | | |
| BONO | | .00 | 210.00 | FICA | 34.69 | | 69.38 | 10/07/16 |
| VAC - SICK | | .00 | 349.44 | MEDICARE | 8.11 | | 16.22 | |
| | | | | PR State W/ | 17.47 | | 34.94 | |
| | | | | PR State DI | 1.12 | | 2.24 | |
| | | | | | | | | 559.44 |
| | | | | | | | | 61.39 |



| CHECK DATE | CHECK NUMBER | EARNINGS | TOTALS | | 1,118.88 | 498.05 |
|------------|--------------|----------|--------|--|----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

## NEW STEEL, INC.

**JOISTS AND STRUCTURAL STEEL**

BANCO POPULAR
SUCURSAL, SAN JOSE

000566

101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*FOUR HUNDRED NINETY EIGHT DOLLARS AND 5 CENTS

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 10/07/16 | 000566 | *******498.05* |

PAY
TO THE
ORDER
OF

ISAAC NORIUS
APARTADO 527 BO. CENTENIA II
Cidra            PR 00739

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

MP

MP

⑂000566⑂ ⑂021502011⑂ 035⑂381191⑂

000567

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|------|------|------|------|------|
| HERNANDEZ, W | | | RATE 10.900 | | |
| BONO | .00 | 210.00 | FICA | 39.51 | 79.02 | 10/07/16 |
| VAC - SICK | .00 | 427.28 | MEDICARE | 9.24 | 18.48 | |
| | | | PR State W/ | 21.36 | 42.72 | |
| | | | PR State DI | 1.27 | 2.54 | |
| | | | | | | 637.28 |
| | | | | | | 71.38 |

| CHECK DATE | CHECK NUMBER | EARNINGS PAID TOTALS | | 1,274.56 | 565.90 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**
JOISTS AND STRUCTURAL STEEL
P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

000567

101-201
215

*FIVE HUNDRED SIXTY FIVE DOLLARS AND 90 CENTS

| DATE | CHECK NO. | | AMOUNT |
|------|------|------|------|
| 10/07/16 | 000567 | *******565.90* | |

PAY TO THE ORDER OF

WILLIAM HERNANDEZ
HC-02 BOX 13602
Aguas Buenas  PR 00703-9608

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

MP

MP

⑈000567⑈ ⑈021502011⑈ 035⑈381191⑈

SERRANO, M

| DATE | INVOICE NO. | DESCRIPTION | | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| | | | RATE 11.100 | | | |
| BONO | .00 | 210.00 | FICA | 25.30 | 50.60 | 10/07/16 |
| VAC - SICK | .00 | 198.14 | MEDICARE | 5.92 | 11.84 | |
| | | | PR State W/ | 9.91 | 19.82 | |
| | | | PR State DI | .82 | 1.64 | |
| | | | | | | 408.14 |
| | | | | | | 41.95 |

I NEW STEEL INC.

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | | 816.28 | 366.19 |
|---|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**  JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE   **000568**   101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

\*THREE HUNDRED SIXTY SIX DOLLARS AND 19 CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 10/07/16 | 000568 | \*\*\*\*\*\*\*366.19\* |

PAY
TO THE
ORDER
OF

MIGUEL A SERRANO
RR-8 BOX 9533
Bayamon          PR 00956

AUTHORIZED SIGNATURE   MP

AUTHORIZED SIGNATURE   MP

⑈000568⑈ ⑆0215020⑈⑆ 035⑈381191⑈

**000569**

TORRES RAMOS, A

| DATE | INVOICE NO. | | DESCRIPTION | INVOICE AMOUNT RATE | 12.100 | DEDUCTION | BALANCE |
|------|-------------|---|-------------|-----|---|-----------|---------|
| BONO | .00 | 210.00 | FICA | 40.33 | | 80.66 | 10/07/16 |
| VAC - SICK | .00 | 440.44 | MEDICARE | 9.43 | | 18.86 | |
| | | | PR State W/ | 22.02 | | 44.04 | |
| | | | PR State DI | 1.30 | | 2.60 | |
| | | | | | | | 650.44 |
| | | | | | | | 73.08 |

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 1,300.88 | 577.36 |
|------------|--------------|--------------------|--|----------|--------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**     JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE    **000569**   101-201 215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*FIVE HUNDRED SEVENTY SEVEN DOLLARS AND 36 CENTS

DATE 10/07/16    CHECK NO. 000569    *******577.36* AMOUNT

PAY
TO THE
ORDER
OF

ANGEL L TORRES RAMOS
RR-03 BOX 10410-5
Toa Alta    PR 00953-8038

AUTHORIZED SIGNATURE   MP

AUTHORIZED SIGNATURE   MP

⑈000569⑈ ⑆0215020⑈ 035⑈381191⑈

000570

| DATE | INVOICE NO. | | | DESCRIPTION | | DEDUCTION | BALANCE |
|------|------|------|------|------|------|------|------|
| FEBRES, J | | | | | RATE 11.400 | | |
| BONO | | .00 | 210.00 | FICA | 26.87 | 53.74 | 10/07/16 |
| VAC - SICK | | .00 | 223.44 | MEDICARE | 6.28 | 12.56 | |
| | | | | PR State W/ | 11.17 | 22.34 | |
| | | | | PR State DI | .87 | 1.74 | |
| | | | | | | | 433.44 |
| | | | | | | | 45.19 |

| CHECK DATE | CHECK NUMBER | EARN INSS J/3D TOTALS | | 866.88 | 388.25 |
|------|------|------|------|------|------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

# NEW STEEL, INC.

### JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE  **000570**   101-201
215

**\*THREE HUNDRED EIGHTY EIGHT DOLLARS AND 25 CENTS**

| | DATE | CHECK NO. | AMOUNT |
|------|------|------|------|
| | 10/07/16 | 000570 | \*\*\*\*\*\*\*388.25\* |

PAY TO THE ORDER OF

JULIO C FEBRES
CALLE 12, L24 LAGO DE LA PLATA
LEVITTOWN
Toa Baja      PR 00949

AUTHORIZED SIGNATURE  MP
AUTHORIZED SIGNATURE  MP

⑆000570⑆ ⑈021502011⑈ 035⑉381191⑈

**000571**

| DATE | INVOICE NO. | DESCRIPTION | | INVOICE AMOUNT RATE | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| VELAZQUEZ, J | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | .00 | .00 | FICA | 40.70 | 698.00 | 10/07/16 |
| Overtime | .00 | .00 | MEDICARE | 9.52 | 163.30 | |
| FERIADO-VAC | .00 | .00 | PR State W/ | 22.33 | 288.19 | |
| ENFERM | .00 | .00 | Other Taxes | .00 | 17.91 | |
| BONO | .00 | .00 | DISABILITY | .00 | | |
| VAC - SICK | .00 | 210.00 | HOSP | .00 | | 656.51 |
| OTRO PAGO | .00 | 446.51 | UNION | .00 | | |
| | | | | | | 72.55 |

| CHECK DATE | CHECK NUMBER | EARNINGS | TOTALS | 1,257.81 | 583.96 |
|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE **000571**

101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*FIVE HUNDRED EIGHTY THREE DOLLARS AND 96 CENTS

DATE 10/07/16    CHECK NO. 000571    AMOUNT *******583.96*

PAY TO THE ORDER OF

JORGE L VELAZQUEZ
HC-01 BOX 11829
Carolina    PR 00987

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈000571⑈ ⑈021502011⑈ 035⑈38117⑈

000572

| DATE INVOICE NO. | | | DESCRIPTION | INVOICE AMOUNT RATE 11.500 | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| LAJARA, J | | | | | | |
| BONO | .00 | 210.00 | FICA | 131.81 | 263.62 | 10/07/16 |
| VAC - SICK | .00 | 1,915.90 | MEDICARE | 30.83 | 61.66 | |
| | | | PR State W/ | 95.81 | 191.61 | |
| | | | PR State DI | 4.25 | 8.50 | |
| | | | | | | 2,125.90 |
| | | | | | | 262.70 |

* BOND, VAC., SICK & RETRO *

| CHECK DATE | CHECK NUMBER | EARNINGS YTD TOTALS | | 4,251.80 | 1,863.20 |
|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**I NEW STEEL, INC. [**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

000572

101-201
215

*ONE THOUSAND EIGHT HUNDRED SIXTY THREE DOLLARS AND 20 CENTS

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 10/07/16 | 000572 | *****1,863.20* |

PAY TO THE ORDER OF

JOSE J LAJARA
URB. LOIZA VALLEY
T731 CALLE CAROLA
Canovanas     PR 00729

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

MP

MP

⑈000572⑈ ⑆021502011⑆ 035⑈381191⑈

**EXHIBIT B**

| CLASS 6 – General Unsecured Claims | | |
|---|---|---|
| NAME | ADDRESS | PAYMENT AMOUNT |
| Air Louvers | SDS 12-1132<br>PO BOX 86<br>Minneapolis, MN 55486-1132 | $13.00 |
| Aerial Imaging | HC-01 Box 9740<br>Loiza, PR 00772 | $50.00 |
| Altol Environmental Services | PO Box 359<br>Mercedita. PR 00715 | $11.00 |
| Aluma Systems | PO Box 4040<br>Carolina, P.R. 00984-4040 | $21.00 |
| Casa de las Armaduras, Inc. | 407 Ave. Andalucia<br>San Juan, PR 00920-4116 | $18.00 |
| Centro Pinturas Carolina, Inc. | PO Box 29916<br>San Juan, PR 00923 | $103.00<br>$16.00 |
| Carolina Building Material | PO Box 3570<br>Carolina, PR 00984 | $36.00 |
| Electromatic de P.R., Inc. | PO Box 9476<br>San Juan, PR 00908-9476 | $55.00 |
| Juval Trading, Inc. | PO Box 362587<br>San Juan, PR 00936-2587 | $48.00 |
| Teddy Rental Repair and Services c/o Teddy Diaz | PO Box 10953<br>San Juan, PR 10953 | $60.00 |
| Federal Express Corp. | PO Box 371461<br>Pittsburgh, PA 15250-7461 | $34.00<br>$55.00 |
| Gonzalez Sani-Tech Inc. | PO Box 6476<br>Mayaguez, PR 00681 | $45.00 |
| Instant Print Corp. | PO Box 190540<br>San Juan, PR 00919-0540 | $62.00 |
| Linde Gas Puerto Rico, Inc. | PO Box 71491<br>San Juan, PR 00936-1491 | $63.00 |
| MORS | Andalucia 762<br>San Juan, PR 00921 | $90.00 |
| MM Supply, Inc. | PO Box 37384<br>San Juan, PR 00937-0384 | $79.00 |
| P.R. Dust Control | PO Box 362048<br>San Juan, pR 00936-2044 | $12.00 |
| PRENDES Safety | 17F Condominio Mansiones de<br>Garden Hills<br>Guaynabo, PR 00966 | $59.00 |
| RICOH Puerto Rico, Inc. | PO Box 71459<br>San Juan, PR 00936-8559 | $14.00 |
| Super Automotive Products | PO Box 70250<br>San Juan, PR 00936-8250 | $9.00 |
| Worldnet Telecommunications | PO Box 70201<br>San Juan, PR 00936-8201 | $20.00 |
| XEROX Corpporation | PO Box 927598<br>Philadelphia, PA 19182-7598 | $66.00 |
| TOTAL: | | $1,039.00 |

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 07/17/16 |  | 215-04-01 | 13.00 | .00 | 13.00 |

**FULL PAYMENT — CLASS 6**

| CHECK DATE | CHECK NUMBER | TOTALS | | | |
|------------|--------------|--------|--|--|--|
| 07/07/16 | V000113 | | 13.00 | .00 | 13.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**STEEL PRODUCTS**

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001174

*THIRTEEN DOLLARS AND NO CENTS*

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/07/16 | 001174 | ******13.00* |

PAY TO THE ORDER OF

AIR COUPLERS
905 10-1132
PO BOX AC

Minneapolis    MN 55430-1132

AUTHORIZED SIGNATURE

**NON – NEGOTIABLE**

AUTHORIZED SIGNATURE

⑈001174⑈ ⑈021502⑈ 035⑈38116 7⑈

AMERICAN AGENCIES CO., INC.

001175

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 07/30/15 15 271 | | FOTOS | 50.00 | .00 | 50.00 |
| | | **FULL PAYMENT - CLASS 6** | | | |

| CHECK DATE | CHECK NUMBER | TOTALS | | | |
|------------|--------------|--------|---|---|---|
| 07/07/16 | 00000153 | | 50.00 | .00 | 50.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
216

001175

**FIFTY DOLLARS AND NO CENTS**

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 07/07/16 | 001175 | **$50.00** |

PAY
TO THE
ORDER
OF

AERIAL IMAGING
C/O LUIS R. VERDIALES
HC-01 BOX 9740

Loiza                    PR 00772

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

P001175P C021502011P 035=38115 7P

**AMERICAN AGENCIES CO., INC.**
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 07/15/15 | 11009 | SERVICE 060.2015 | 11.00 | .00 | 11.00 |

**FULL PAYMENT~ CLASS 6**

| CHECK DATE | | CHECK NUMBER | | TOTALS | 11.00 | .00 | 11.00 |
|------------|--|--------------|--|--------|-------|-----|-------|
| 07/07/16 | | 0000155 | | | | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, PR. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001176

*ELEVEN DOLLARS AND NO CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/07/16 | 001176 | ******11.00 |

PAY TO THE ORDER OF

ALTOL ENVIRONMENTAL SERVICES
PO BOX 574

Mercedita          PR 00715

AUTHORIZED SIGNATURE
**NON – NEGOTIABLE**
AUTHORIZED SIGNATURE

⑆001176⑆ ⑆021502116⑆ 035⑆38116?⑆

**AMERICAN AGENCIES CO., INC.** P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

001177

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 06/31/16 CPMISC | PO 40005 | | 21.00 | .00 | 21.00 |

**\*\*FULL PAYMENT – CLASS 6\*\***

| CHECK DATE | CHECK NUMBER | TOTALS | 21.00 | .00 | 21.00 |
|------------|--------------|--------|-------|-----|-------|
| 07/07/16 | 0000159 | | | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001177

\*TWENTY ONE DOLLARS AND NO CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 07/07/16 | 001177 | \$\*\*\*\*\*\*21.00\* |

PAY TO THE ORDER OF

ALUMA SYSTEMS
PO BOX 4540

Carolina          PR 00984-4040

**NON – NEGOTIABLE**

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001177⑈ ⑆021502011⑈ 035⑈381167⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 00/19/16 14074 | PO 17037 | | 193.00 | .00 | 103.00 |
| **FULL PAYMENT -- CLASS 6** | | | | | |

| CHECK DATE | | CHECK NUMBER | | TOTALS | 103.00 | .00 | 103.00 |
|---|---|---|---|---|---|---|---|
| 07/07/16 | | 0000306 | | | | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001178

**ONE HUNDRED THREE DOLLARS AND NO CENTS**

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 07/04/16 | 001178 | ******103.00 |

PAY TO THE ORDER OF

CENTRO CULTURAL CAROLINA, INC.
PO BOX 2-9916

San Juan          PR 00025

NON – NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑆001178⑆ ⑆021502116⑆ 035⁓38116⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 05/28/15 57060 | | PO 47544 | 36.00 | .00 | 36.00 |

**FULL PAYMENT - CLASS 6***

| CHECK DATE | 07/07/16 | CHECK NUMBER | 0000314 | **TOTALS** | 36.00 | .00 | 36.00 |
|------------|----------|--------------|---------|------------|-------|-----|-------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101-201
215

001179

*THIRTY SIX DOLLARS AND NO CENTS*

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/07/16 | 001179 | *********36.00* |

PAY TO THE ORDER OF

CAROLINA BUILDING MATERIALS
PO BOX 3570

Carolina          PR 00984

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

*001179* *021502011* 035*38116*

# AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

001180

| DATE | INVOICE NO. | DESCRIPTION | INVOICE A.  .UNT | DEDUCTION | BALANCE |
|------|-------------|-------------|------------------|-----------|---------|
| 07/17/16  12/05 | PO 47503 | | 60.00 | .00 | 60.00 |
| | **FULL PAYMENT -- CLASS 6** | | | | |

| CHECK DATE | CHECK NUMBER | TOTALS | | | |
|------------|--------------|--------|------|-----|-------|
| 07/07/16 | 0000410 | | 60.00 | .00 | 60.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL SAN JOSE
101 - 201
215

001180

*SIXTY DOLLARS AND NO CENTS*

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 07/0./16 | 001180 | ****$60.00* |

**PAY TO THE ORDER OF**
TEDDY DIAZ
PO BOX 19083

San Juan          PR 00902

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

⑈001180⑈ ⑆021502⑈ 035⁗3811287⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMT | DEDUCTION | BALANCE |
|------|-------------|-------------|-------------|-----------|---------|
| | | | | | |

**FULL PAYMENT - CLASS 6**

| | CHECK DATE | 07/07/16 | CHECK NUMBER | 0000613 | **TOTALS** | 34.00 | .00 | 34.00 |
|---|---|---|---|---|---|---|---|---|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001181

*THIRTY FOUR DOLLARS AND NO CENTS*

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 07/07/16 | 001181 | **$******34.00** |

PAY TO THE ORDER OF

FEDERAL EXPRESS CORP.
PO BOX 371461

Pittsburgh        PA 15250-7461

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

⑈001181⑈ ⑆021502011⑆ 035⑈38116⑈

**AMERICAN AGENCIES CO., INC.**

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 06/27/16 | 63839 | FB3 17.95 | 45.00 | .00 | 45.00 |

***FULL PAYMENT - CLASS 6**

| CHECK DATE | CHECK NUMBER | TOTALS | 45.00 | .00 | 45.00 |
|---|---|---|---|---|---|
| 07/07/16 | 0000710 | | | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**AMERICAN AGENCIES CO., INC.**

**STEEL PRODUCTS**

P.O. BOX 9021216,  SAN JUAN, P.R.  00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

**001182**

*FORTY FIVE DOLLARS AND NO CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 07/07/16 | 001182 | **********45.00* |

PAY
TO THE
ORDER
OF

GONZALEZ SANI-TECH INC
PO BOX 6476

Mayaguez        PR 00681

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

AMERICAN AGENCIES CO., INC.    P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216    001183

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|
| 06/30/16 073000 | | MAINTENANCE | 62.00 | .00 | 62.00 |
| | | ***FULL PAYMENT - CLASS 6*** | | | |

| CHECK DATE | CHECK NUMBER | | TOTALS | | | |
|---|---|---|---|---|---|---|
| 07/07/16 | 0000095 | | | 62.00 | .00 | 62.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE    001183
101 - 201
215

**SIXTY TWO DOLLARS AND NO CENTS**

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 07/07/16 | 001183 | ***62.00 |

PAY
TO THE
ORDER
OF

INSTANT PRINT CORP.
PO BOX 190540

San Juan    PR 00919-0540

NON - NEGOTIABLE
AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001183⑈ ⑆021502113 035⬝38116⑈

# AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| DATE | INVOICE NO. | DESCRIPTION | INVOICE A... | ...T | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| 00/12/15 | 90-0246 | PO 67175 | 90.00 | .00 | 90.00 |
| 00/10/15 | 90-0707 | PO 67175 | 753.00 | .00 | 753.00 |

***FULL PAYMENT - CLASS 6***

| CHECK DATE | 07/07/16 | CHECK NUMBER | 0001304 | TOTALS | 90.00 | .00 | 90.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

STEEL PRODUCTS

**AMERICAN AGENCIES CO., INC.**

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
216

**001184**

NINETY DOLLARS AND NO CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 07/07/16 | 001184 | ****90.00* |

PAY TO THE ORDER OF

WORS
ANDALUCIA 762

San Juan          PR 00921

NON – NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001184⑈ ⑆021507011⑈ 035⑈301167⑈

# AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

001185

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 07/11/16 | 1312910 | SERVICE | 12.00 | .00 | 12.00 |
| | **FULL PAYMENT- CLASS 6** | | | | |

| CHECK DATE | | CHECK NUMBER | | TOTALS | 12.00 | .00 | 12.00 |
|-----------|---|--------------|---|--------|-------|-----|-------|
| 07/07/16 | | 00001712 | | | | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

001185

*TWELVE DOLLARS AND NO CENTS*

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 07/07/16 | 001185 | ***********12.00* |

PAY TO THE ORDER OF

P.R. PEST CONTROL
P.O. BOX 362040

San Juan        PR 00936-2040

NON – NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001185⑈ ⑆021502116⑆ 035⑈38116⑆

AMERICAN AGENCIES CO., INC.

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 06/27/16 | | | 14.00 | .00 | 14.00 |

**FULL PAYMENT - CLASS 6***

| CHECK DATE | | CHECK NUMBER | | **TOTALS** | 14.00 | .00 | 14.00 |
|------------|--|--------------|--|------------|-------|-----|-------|
| 07/07/16 | | 0001905 | | | | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
191 - 201
215

001186

*FOURTEEN DOLLARS AND NO CENTS*

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/07/16 | 001186 | *****14.00* |

PAY
TO THE
ORDER
OF

PICOU PUERTO RICO, INC.
PO BOX 71450

San Juan        PR 00917-8533

NON – NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

#001186# #021502112# 035#38116#

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 03/02/15 7111572 00 PO 425 0 | | | 9.00 | .00 | 9.00 |
| | | **FULL PAYMENT - CLASS 6** | | | |

| CHECK DATE | 07/07/16 | CHECK NUMBER | 0002007 | **TOTALS** | 9.00 | .00 | 9.00 |
|------------|----------|--------------|---------|------------|------|-----|------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

**STEEL PRODUCTS**

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE
101 - 201
215

**001187**

NINE DOLLARS AND NO CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 07/07/16 | 001187 | ********9.00* |

PAY TO THE ORDER OF

SUPER AUTOMOTIVE PRODUCTS
PO BOX 70250
SUITE 107
San Juan         PR 009 XX-925X

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001187⑈ ⑈021502⑈⑈ 035⑈38⑈⑈7⑈

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 06/17/16 17:00:1 | SERVICE SEPT.2016 | | 20.00 | .00 | 20.00 |

**FULL PAYMENT - CLASS 6**

| CHECK DATE | 07/07/16 | CHECK NUMBER | 0002404 | **TOTALS** | 20.00 | .00 | 20.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

AMERICAN AGENCIES CO., INC.

STEEL PRODUCTS

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL SAN JOSE
101 - 201
216

001188

**TWENTY DOLLARS AND NO CENTS**

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 07/04/16 | 001188 | **$20.00** |

PAY TO THE ORDER OF

WORLDNET TELECOMUNICATIONS
PO BOX 70201

San Juan          PR 00936-8201

AUTHORIZED SIGNATURE

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

001188  02150201  035 38116 7

# AMERICAN AGENCIES CO., INC.

001189

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 07/01/16 06034000 | MAINT. SEPT 2016 | 33.00 | .00 | 33.00 |
| 07/01/16 06034000 | MAINT. SEPT 2016 | 33.00 | .00 | 33.00 |
| | **FULL PAYMENT - CLASS 6** | | | | |

| CHECK DATE | 07/07/16 | CHECK NUMBER | 00002426 | **TOTALS** | 66.00 | .00 | 66.00 |
|------------|----------|--------------|----------|------------|-------|-----|-------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

STEEL PRODUCTS

AMERICAN AGENCIES CO., INC.

P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR,
SUCURSAL SAN JOSE
101 - 201
216

001189

**SIXTY SIX DOLLARS AND NO CENTS**

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/07/16 | 001189 | *$******66.00* |

PAY
TO THE
ORDER
OF

XEROX CORPORATION
PO BOX 827598

Philadelphia      PA 19182-7598

NON - NEGOTIABLE

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈001189⑈ ⑆021502011⑆ 035⸱381167⑈

**EW STEEL, INC.**

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216

000450

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 07/09/16 450306 | PO 17712 | | 16.00 | .00 | 16.00 |

**\*\*FULL PAYMENT ~ CLASS 6\*\***

**NEW STEEL, INC.**

| CHECK DATE | 07/07/16 | CHECK NUMBER | 00003I0 | **TOTALS** | 16.00 | .00 | 16.00 |
|------------|----------|--------------|---------|------------|-------|-----|-------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE   000450   101-201 215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

\*SIXTEEN DOLLARS AND NO CENTS

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/07/16 | 000450 | \*SIXTEEN 16.00\* |

PAY
TO THE
ORDER
OF

CENTRO DE PINTURAS CAROLINA
PO BOX 29916

San Juan          PR 00929

AUTHORIZED SIGNATURE

**NON - NEGOTIABLE**   MP

AUTHORIZED SIGNATURE

⑈000450⑈ ⑆02⑆50⑆0⑆⑆ 035⑈38⑆⑆9⑆⑈

**EW STEEL, INC.**
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

000451

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 08/19/15 | 37257 | PO 17606 | 18.00 | .00 | 18.00 |

**\*\*FULL PAYMENT - CLASS 6\*\***

NEW STEEL, INC.

| CHECK DATE | | CHECK NUMBER | | TOTALS | | |
|------------|--|--------------|--|--------|--|--|
| 07/07/16 | | 0000332 | | **TOTALS** | 18.00 | .00 | 18.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**   JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE    **000451**    101-201 215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

**\*EIGHTEEN DOLLARS AND NO CENTS**

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/07/16 | 0000451 | \*\*\*\*\*\*\*\*18.00\* |

PAY
TO THE
ORDER
OF

CASA DE LAS ARMADURAS, INC.
407 AVE. ANDALUCIA

San Juan       PR 00920-4116

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈000451⑈ ⑆021502011⑈ 035⑈341191⑈

EW STEEL, INC.
P.O. BOX 9021216 · SAN JUAN, P.R. 00902-1216

000452

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 07/07/16 | 000452 | MANUFACTURING STEEL JOIST | 55.00 | .00 | 55.00 |

**FULL PAYMENT ~ CLASS 6**

NEW STEEL, INC.

| CHECK DATE | 07/07/16 | CHECK NUMBER | 000452 | **TOTALS** | 55.00 | 00 | 55.00 |
|------------|----------|--------------|--------|-----------|-------|-----|-------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**
JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE
000452
101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*FIFTY FIVE DOLLARS AND NO CENTS

| | DATE | CHECK NO.: | AMOUNT |
|--|------|-----------|--------|
| | 07/07/16 | 000452 | *****55.00 |

PAY
TO THE
ORDER
OF

ELECTROMATIC DE PR, INC.
PO BOX 9476

San Juan          PR 00908-9476

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈000452⑈ ⑊021502011⑊ 035⑈381197⑈

**EW STEEL, INC.**
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | | | 55.00 | .00 | 55.00 |

**FULL PAYMENT - CLASS 6**

**NEW STEEL, INC.**

| CHECK DATE | 07/07/16 | CHECK NUMBER | 0000453 | **TOTALS** | 55.00 | .00 | 55.00 |
|------------|----------|--------------|---------|-----------|-------|-----|-------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

BANCO POPULAR
SUCURSAL, SAN JOSE

**000453**

101-201
215

FIFTY FIVE DOLLARS AND NO CENTS

| | DATE | CHECK NO. | AMOUNT |
|---|------|-----------|--------|
| | 07/07/16 | 000453 | ***55.00 |

PAY
TO THE
ORDER
OF

FEDERAL EXPRESS CORP.
PO BOX 371461

Pittsburgh        PA 15250-7461

**NON - NEGOTIABLE**

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

MP

MP

NEW STEEL, INC.
P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216

| | DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|---|---|---|---|---|---|---|
| | 07/07/16 | 7017472 | INT PAID | 48.00 | .00 | 48.00 |

**FULL PAYMENT — CLASS6**

NEW STEEL, INC.

| CHECK DATE | | CHECK NUMBER | | TOTALS | | | |
|---|---|---|---|---|---|---|---|
| 07/07/16 | | 0001007 | | | 48.00 | .00 | 48.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE    **000454**    101-201 / 215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

**FORTY EIGHT DOLLARS AND NO CENTS**

| | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | 07/07/16 | 0000454 | **48.00** |

PAY
TO THE
ORDER
OF

JUVAL TRADING, INC.
PO BOX 362587

San Juan          PR 00936-2587

AUTHORIZED SIGNATURE

**NON — NEGOTIABLE**

AUTHORIZED SIGNATURE

⑈000454⑈ ⑆021502011⑆ 035⑈381191⑈

**EW STEEL, INC.**
P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| | | | | | |

**\*\*FULL PAYMENT -- CLASS 6\*\***

**NEW STEEL, INC.**

| CHECK DATE | 07/07/16 | CHECK NUMBER | 00001296 | **TOTALS** | 63.00 | .00 | 63.00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

---

**NEW STEEL, INC.**

**JOISTS AND STRUCTURAL STEEL**

BANCO POPULAR
SUCURSAL, SAN JOSE **000455**   101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

**\*SIXTY THREE DOLLARS AND NO CENTS**

| | DATE | CHECK NO. | AMOUNT |
| | 07/07/16 | 000455 | \*\*\*\*\*\*\*\*63.00\* |

PAY TO THE ORDER OF

LINDE GAS PUERTO RICO, INC.
PO BOX 71491

San Juan       PR 00936-1491

**AUTHORIZED SIGNATURE**
**NON - NEGOTIABLE**
**AUTHORIZED SIGNATURE**

MP

⑆000455⑆ ⑆021502011⑆ 035⑈38119⑈

EW STEEL, INC. P.O. BOX 9021216, SAN JUAN, P.R. 00902-1216

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 06/20/15 | 84332 | PO 17562 | 5.25 | .00 | 5.25 |
| 06/21/15 | 84354 | PO 12616 | 17.00 | .00 | 17.00 |
| 06/10/15 | 84273 | PO 17516 | 56.75 | .00 | 56.75 |

**FULL PAYMENT ~ CLASS66**

**NEW STEEL, INC.**

| CHECK DATE | 07/07/16 | CHECK NUMBER | 0001331 | TOTALS | 79.00 | .00 | 79.00 |
|------------|----------|--------------|---------|--------|-------|-----|-------|

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.

**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE  **000456**  101-201 215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

**SEVENTY NINE DOLLARS AND NO CENTS**

| DATE | 07/07/16 | CHECK NO. | 000456 | AMOUNT | $79.00 |

PAY TO THE ORDER OF

MH SUPPLY, INC
PO BOX 3730A

San Juan     PR 00937 0384

AUTHORIZED SIGNATURE

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE

MP

MP

| DATE | INVOICE NO. | DESCRIPTION | INVOICE AMOUNT | DEDUCTION | BALANCE |
|------|-------------|-------------|----------------|-----------|---------|
| 02/16/16 05/30 | PO 12511 | | 56.50 | .00 | 56.50 |
| 05/31/16 06/30 | PO 12512 | | 2.50 | .00 | 2.50 |

**FULL PAYMENT - CLASS66**


**NEW STEEL, INC.**

| CHECK DATE | | CHECK NUMBER | | TOTALS | 59.00 | .00 | 59.00 |
|------------|--|--------------|--|--------|-------|-----|-------|
| 07/07/16 | | 00001715 | | | | | |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS.


**NEW STEEL, INC.**

JOISTS AND STRUCTURAL STEEL

BANCO POPULAR
SUCURSAL, SAN JOSE    000457    101-201
215

P.O. BOX 9021216 SAN JUAN, P.R. 00902-1216
Tel. (787) 758-6300

*FIFTY NINE DOLLARS AND NO CENTS*

| | DATE | CHECK NO. | AMOUNT |
|--|------|-----------|--------|
| | 07/07/16 | 000457 | **$****59.00* |

PAY TO THE ORDER OF

PRENDES SAFETY
17 F CONDOMINIO MANSIONES DE
GARDENS HILLS

Guaynabo            PR 00966

NON - NEGOTIABLE

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

*000457* *02150201* 035*38119*

AMERICAN AGENCIES CO., INC.
CONSOLIDATED PAYMENTS UNDER PLAN
Petition Date: 9/15/2015

Effective date: Approximately 30 days after confirmation

EXHIBIT C

| Creditor | Address | Class | Amount to be paid | Proposed Monthly Payment | Principal Yr 1 | Principal Yr 2 | Principal Yr 3 | Interest Yr 1 | Interest Yr 2 |
|---|---|---|---|---|---|---|---|---|---|
| BPPR* | PO BOX 362709, SAN JUAN, PR 00936-2709 | 2 | 2,347,826 | 16,670 | 326,969 | 2,001,157 | | 123,371 | 119,421 |
| Azca, Inc. (Sargent & Various) | PO BOX 840722, PITTSBURG, PA 15284-0722 | 3 | 55,206 | 2,342 | | 28,103 | 28,103 | | |
| Hogar Hispo Company | PO BOX 190057, SAINT LOUIS, MO 63195-3057 | 3 | 16,840 | 702 | | 8,420 | 8,420 | | |
| TOTAL | | | 73,045 | 3,044 | | 36,523 | 36,523 | | |
| State Insurance Fund | PO BOX 365028, SAN JUAN, PR 00936-5028 | 5 | 377 | 16 | | 189 | 189 | | |
| TOTAL | | | 377 | 16 | | 189 | 189 | | |
| Aeromfred Lock Supply | PO BOX 1442, SECAUCUS, NJ 07096-1442 | 6 | 346 | 14 | | 173 | 173 | | |
| Azeca | 400 AVE. AMERICO MIRANDA, ESQ. EXPRESO LAS AMERICAS, SAN JUAN PR 00926 | 6 | 2,840 | 110 | | 1,320 | 1,320 | | |
| Cal-Royal Products, Inc. | 6605 FLOTILLA STREET, CITY OF COMMERCE, LOS ANGELES, CA 90040 | 6 | 4,179 | 174 | | 2,090 | 2,090 | | |
| Caribbean Express Freight, Inc. | PO BOX 51650, TOA BAJA, PR 00950-1950 | 6 | 1,582 | 66 | | 791 | 791 | | |
| Centro Médico del Turabo | PO BOX 4980, CAGUAS, PR 00726-4980 | 6 | 45,363 | 1,890 | | 22,682 | 22,682 | | |
| Cymposi Truck Lines, Inc. | 1414 LONDROSE ST., JACKSONVILLE, FL 32255-5616 | 6 | 4,346 | 181 | | 2,173 | 2,173 | | |
| Electromedia de PR | | 6 | 218 | 9 | | 109 | 109 | | |
| Fiddler, Gonzalez & Rodriguez | 254 MUNOZ RIVERA AVE. 6TH FLOOR, HATO REY, PR 00918 | 6 | 991 | 41 | | 496 | 496 | | |
| Gonzalez Trading Corp. | PO BOX 364884, SAN JUAN PR 00936-4884 | 6 | 397 | 16 | | 199 | 199 | | |
| Hill Caribo, LLC. | PO BOX 194949, SAN JUAN, PR 00919-4949 | 6 | 167 | 7 | | 84 | 84 | | |
| Jovil, Inc. | AVE. PONCE DE LEON #1654, BO. MONACILLOS, SAN JUAN PR 00927 | 6 | 97,500 | 4,063 | | 48,750 | 48,750 | | |
| La Casa de los Tornillos | PO BOX 360047, SAN JUAN, PR 00936-0047 | 6 | 171 | 7 | | 86 | 86 | | |
| Lineos Gas PR, Inc. | PO BOX 71491, SAN JUAN, PR 00936-8591 | 6 | 1,138 | 47 | | 569 | 569 | | |
| Metrohode Company | PO BOX 101211, ATLANTA, GA 30392-1211 | 6 | 346 | 14 | | 173 | 173 | | |
| Meccor Cutting Systems, Inc. | W141N9427 FOUNTAIN BLVD., MENOMONEE FALLS, WI 53051-1924 | 6 | 474 | 20 | | 237 | 237 | | |
| Omnia Industries, Inc. | PO BOX 330, CEDAR GROVE, NJ 07009 | 6 | 261 | 11 | | 131 | 131 | | |
| PR Wire Products, Inc. | PO BOX 363197, SAN JUAN PR 00936-8308 | 6 | 680 | 28 | | 340 | 340 | | |
| Prazair PR | PO BOX 307, GURABO, PR 00778-0307 | 6 | 988 | 41 | | 494 | 494 | | |
| Sorvimota, LLC | | 6 | 400 | 17 | | 200 | 200 | | |
| Sherwin Williams Co. | PO BOX 363765, SAN JUAN, PR 00936-3765 | 6 | 184 | 8 | | 92 | 92 | | |
| Tools Metal Manufacturing | PO BOX 23277, LOS ANGELES, CA 90023-0277 | 6 | 130 | 5 | | 65 | 65 | | |
| TRIMCO | | 6 | 130 | 5 | | 65 | 65 | | |
| Victory Disi. | | 6 | 420 | 18 | | 210 | 210 | | |
| Zincoium | PO BOX 642, CIDRA PR 00739 | 6 | 1,033 | 43 | | 517 | 517 | | |
| TOTAL | | | 164,004 | 6,836 | | 82,032 | 82,032 | | |
| Angel Rodriguez Gonzalez | PO BOX 9223933, SAN JUAN, PR 00936-9999 | 9 | 1,613,943 | 67,248 | | | 1,043,877 | | |
| Guillermo Menendez Rodriguez | URB. SAGRADO CORAZON, 354 CALLE SAN GERARDO, SAN JUAN, PR 00926-4106 | 9 | 144,645 | 6,027 | | | 93,554 | | |
| Lucy Rodriguez | URB. SAGRADO CORAZON, 354 CALLE SAN GERARDO, SAN JUAN, PR 00926-4105 | 9 | 454,678 | 18,941 | | | 294,014 | | |
| Priscilla Menendez | URB. SAGRADO CORAZON, SAN GERARDO 354, SAN JUAN PR 00926 | 9 | 144,645 | 6,027 | | | 93,554 | | |
| TOTAL | | | 2,357,811 | 98,242 | | | 1,524,999 | | |
| IRS | CITIVIEW PLAZA, NO II, 48 CARR 165 SUITE 2000, GUAYNABO, PR 00968-8000 | Pr. | 28,703 | 1,195 | | 14,352 | 14,352 | 523 | 466 |
| Department of Treasury** | PO BOX 9024140, SAN JUAN, PR 00902-4140 | Pr. | | | | | | | |
| GRAND TOTAL | | | $4,971,528.00 | 125,004 | $326,969.00 | $2,154,253 | $1,659,095 | $124,304.00 | $119,887.00 |

* = Will be paid from the sale of the collateral plus monthly payments of $16, 670.00 and additional payments to principal.

** = Total amount is pending reconciled claim by the Department of Treasury after audit is finalized.

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

**In re:**
**American Agencies Co., Inc.**          Chapter 11
**CASE NO. 15-07088 (BKT)**
**New Steel Inc.**
**CASE NO. 15-07090 (BKT)**
Debtor in Possession

STATISTICAL BANKRUPTCY CLOSING REPORT
FOR CONFIRMED CHAPTER 11 CASES

1. $2,628,645.00 Gross Receipts

2. 25% Dividend to be paid. The percentage dividend reported is that which is to be paid to the general class of unsecured creditors under the confirmed plan. If the plan contemplates no payment to unsecured creditors, enter a "0."

3. $13,000.00 Trustee and or US Trustee Compensation

4. $0 Trustee Expenses

5. $0 Fees and Expenses for Attorney for Trustee

6. $24,631.85 Fees and Expenses for Attorney for Debtor

7. $0 Total Fees and Expenses for all Other Professionals (accountant, auctioneer, consultant, other attorneys, etc.) List each professional and the fees received on a separate sheet unless all fees are listed on Exhibit A. If so, note on this form.

    Items 3 - 7:      These amounts should include fees and expenses that were applied for and approved by the Court during the pendency of the case.

8. $2,347,826.43 Total Secured and other administrative claims to be paid.

9. $78,803.72 Total Priority Claims to be paid.[1]

10. $164,383.00 Total Unsecured Claims to be paid.

11. $0 Total Equity Security Holder Distributions.

    Items 8 -11:      These amounts should reflect the total amount of all payments to be made pursuant to the confirmed plan, even if payments are to continue after the case is closed.

12. $2,628,645.00 Total Disbursements (Add items 3 - 11. This amount should be the same as the amount in item 1.)

The Filer acknowledges that all fees payable to the Court and the United States Trustee have been paid in full. This form is to be filed as an exhibit to the application for final decree.

---

[1] Plus any amount owed to the Department of Treasury after audit is finalized.