IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

                                                     CASE NO. 15-07088 BKT

AMERICAN AGENCIES CO INC

NEW STEEL, INC.                            Chapter 11


XXX-XX5406

XXX-XX5372

                                    **FILED & ENTERED ON 3/2/2017**

              **Debtor(s)**

## FINAL DECREE

The estate of the above named debtor(s) has/have been fully administered.

    [X]   The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

    [ ]   [Insert Trustee's name]is discharged as trustee of the estate of the above-named debtor and the bond is cancelled.

    [X]   The chapter 11 case of the above-named debtor is closed; and

    [ ]   The Estate is hereby closed without entry of a discharge order in this individual Chapter 11 debtor case.  The case may be reopened to enter a discharge order, upon payment of  the reopening fees and the filing of evidence showing that all payments under the confirmed plan have been made; and

    [ ]   [other provisions as needed]

    In San Juan, Puerto Rico, this 02 day of March,2017.


                                            Brian K. Tester
                                    U.S. Bankruptcy Judge


* Set forth all names, including trade names, used by the debtor within the last 8 years.
(Fed. R. Bankr. P. 1005).  For joint debtors set forth both social security numbers.